# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Certified Mail #: 7002-3150-0005-5582-3156

Case No.: C-1-01-541

## ACCEPTED FOR VALUE

Re: (1) REPORT AND RECOMMENDATION THAT DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT (Doc. 44) SHOULD BE DISMISSED;
(2) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT (Doc. 46);
(3) UNITED STATES' FIRST AMENDED COMPLAINT.

KENNETH J. MURPHY, dba: EXECUTIVE OFFICER/CLERK
U. S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
U. S. Courthouse
100 East Fifth Street
Cincinnati, Ohio  45202

GREGORY G. LOCKHART, dba: UNITED STATES ATTORNEY
JAN M. HOLTZMAN, dba: ASSISTANT UNITED STATES ATTORNEY
221 East 4th. Street, Suite 400
Cincinnati, Ohio  45202

LAURA EWENS, dba: TRIAL ATTORNEY
U. S. DEPARTMENT OF JUSTICE
P. O. Box 55
Washington, D. C.  20004

JUDGE SANDRA BECKWITH
U. S. District Court
100 East Fifth Street
Cincinnati, Ohio  45202

SUSAN M NOVOTNY, dba: UNITED STATES MAGISTRATE JUDGE
U. S. District Court
100 East Fifth Street
Cincinnati, Ohio   45202

JACK SHERMAN, dba: UNITED STATES MAGISTRATE JUDGE
U. S. District Court
100 East Fifth Street
Cincinnati, Ohio   45202

## ACCEPTED FOR VALUE

RE:  (1) REPORT AND RECOMMENDATION THAT DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT (Doc. 44) SHOULD BE DISMISSED;  (2) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT (Doc. 46);  (3) UNITED STATES' FIRST AMENDED COMPLAINT.

Respectfully,

Buford- Franklin: Houck, Affiant, ET AL
c/o: P. O. Box 789
Ironton, Ohio   45638

STATE OF OHIO               }
                            } ASSEVERATION
COUNTY OF LAWRENCE }

Affirmed to and subscribed by Buford-Franklin: Houck, in my presence this __21st__ day of __November__, 2003.

My Commission Expires: __3-4-07__

DEBBIE PERRY
Notary Public, State of Ohio
My commission expires March 4, 2007

__Debbie Perry__
Notary

## CERTIFICATE OF SERVICE

I, __Philip Kline__, hereby certify that the following parties were mailed original sets of the attached document(s): **RE: (1) REPORT AND RECOMMENDATION THAT DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT (Doc. 44) SHOULD BE DISMISSED, ( 6 Pages); (2) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT (Doc. 46) ( 4 Pages); (3) UNITED STATES' FIRST AMENDED COMPLAINT ( 13 Pages).**

_____, on __11-21__, 2003, by Certified U. S. Mail, Return Receipt, Postage Prepaid.

KENNETH J. MURPHY, dba: EXECUTIVE OFFICER/CLERK
U. S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
U. S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

GREGORY G. LOCKHART, dba: UNITED STATES ATTORNEY
JAN M. HOLTZMAN, dba: ASSISTANT UNITED STATES ATTORNEY
221 East 4th. Street, Suite 400
Cincinnati, Ohio 45202

LAURA EWENS, dba: TRIAL ATTORNEY
U. S. DEPARTMENT OF JUSTICE
P. O. Box 55
Washington, D. C. 20004

JUDGE SANDRA BECKWITH
U. S. District Court
100 East Fifth Street
Cincinnati, Ohio 45202

SUSAN M NOVOTNY, dba: UNITED STATES MAGISTRATE JUDGE
U. S. District Court
100 East Fifth Street
Cincinnati, Ohio 45202

JACK SHERMAN, dba: UNITED STATES MAGISTRATE JUDGE
U. S. District Court
100 East Fifth Street
Cincinnati, Ohio 45202

I, _Philip Kline_ DID PLACE THE ENCLOSED

DOCUMENTS, **RE: (1) REPORT AND RECOMMENDATION THAT**

**DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT (Doc. 44)**

SHOULD BE DISMISSED, (6 Pages); (2) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT (Doc. 46) (4 Pages); (3) UNITED STATES' FIRST AMENDED COMPLAINT (13 Pages).

---

INTO SAID ENVELOPE AND PLACE IT IN THE U. S. MAIL, WITH PROPER POSTAGE ON THIS 21st DAY OF November, 2003.

*[signature]*