# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Certified Mail #: 7003-1480-0004-1224-8000

**FILED**

Case No.: C-1-01-541

DEC 2 9 2003

**ACCEPTED FOR VALUE**

**JAMES BONINI, Clerk**
CINCINNATI, OHIO

Re: (1) SUMMONS IN A CIVIL ACTION;
(2) RETURN OF SERVICE/
DECLARATION OF SERVER;
(3) UNITED STATES' FIRST AMENDED
COMPLAINT.

KENNETH J. MURPHY, dba: EXECUTIVE OFFICER/CLERK
U. S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
U. S. Courthouse
100 East Fifth Street
Cincinnati, Ohio   45202

**RECEIVED**
DEC 2 9 2003
JAMES BONINI, Clerk
CINCINNATI, OHIO

LAURA EWENS, dba: TRIAL ATTORNEY
U. S. DEPARTMENT OF JUSTICE
P. O. Box 55
Washington, D. C.   20004

## ACCEPTED FOR VALUE

RE: (1) SUMMONS IN A CIVIL ACTION; (2) RETURN OF SERVICE/

DECLARATION OF SERVER; (3) UNITED STATES' FIRST AMENDED

COMPLAINT.

Respectfully,

*Betty J. Houck*
Betty J. Houck, Affiant, ET AL
c/o: 1739 Kevin Street
Ironton, Ohio   45638

STATE OF OHIO                          }
                                       }ASSEVERATION
COUNTY OF LAWRENCE                     }


Affirmed to and subscribed by Betty J. Houck, in my presence

this ___23 RD___ day of ___December___, 2003.


My Commission Expires: ___March 4, 2007___

DEBBIE PERRY
Notary Public, State of Ohio
My commission expires March 4, 2007        ___Debbie Perry___
                                                  Notary


## CERTIFICATE OF SERVICE

I, ___Philip Kline___, hereby certify that the following

parties were mailed sets of the attached document(s): **RE: (1) SUMMONS IN A CIVIL**

**ACTION, ( / Pages); (2) RETURN OF SERVICE/DECLARATION OF SERVER,**

**( / Pages); (3) UNITED STATES' FIRST AMENDED COMPLAINT, (/0 Pages).**

_____, on

___12-23-___, 2003, by Certified U. S. Mail, Return Receipt, Postage Prepaid,

KENNETH J. MURPHY, dba: EXECUTIVE OFFICER/CLERK
U. S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
U. S. Courthouse
100 East Fifth Street
Cincinnati, Ohio   45202


LAURA EWENS, dba: TRIAL ATTORNEY
U. S. DEPARTMENT OF JUSTICE
P. O. Box 55
Washington, D. C.   20004


I, _Philip Kline_ , DID PLACE THE ENCLOSED

DOCUMENTS, **RE: (1) SUMMONS IN A CIVIL ACTION, ( / Pages); (2)**

**RETURN OF SERVICE/DECLARATION OF SERVER, ( / Pages); (3) UNITED**

**STATES' FIRST AMENDED COMPLAINT, (/0 Pages),** in the U. S. Mail, on

_12 - 23_ , 2003, by Certified U. S. Mail, Return Receipt, Postage Prepaid.

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

Southern             DISTRICT OF             Ohio

UNITED STATES OF AMERICA,
    Plaintiff,
          v.
BUFORD F. HOUCK,
BETTY J. HOUCK,
BEN HOUCK ESTATES,
FIRST FEDERAL SAVINGS &
LOAN, ASSOC.,
LIBERTY TRUST,
OH CANADA TRUST,
BRENDA C. SHIVELY,
WILLIAM L. COMER,
BRENT D. HOUCK,
BARBARA E. HOUCK
STATE OF OHIO,
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C-1-01-541

TO:
BETTY J. HOUCK
1739 Kevin Street
Ironton, Ohio 45638

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY (name and address)

LARA E. EWENS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2822

an answer to the Complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TERRY T. DEINLEIN                                    12-2-03
ACTING CLERK                                         DATE

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

---

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|

| NAME OF SERVER | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

---

☐    Served personally upon the defendant.  Place where served:

☐    Left copies thereof at defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____

☐    Other (specify): _____

*[handwritten overlay stamp:] Accepted For Value. This Property is Exempt from Levy. Please Adjust this Account for the Proceeds; Products; Accounts; and Fixtures; and Release The Order(s) of the Court to Me Immediately. Signed Billy J. Houck Dec. 23 2003 Date Employer ID 311147553*

---

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

---

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
             Date                     Signature of Server

                                     _____
                                     Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED
KENNETH J. MURPHY
CLERK

03 NOV -7 AM II: 52

COURT
DIST OHIO
CINCINNATI

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
    v.                         )
                               )   CASE NO. C-1-01-541
BUFORD F. HOUCK,               )
                               )   Judge Beckwith
BETTY J. HOUCK                 )   Magistrate Judge Sherman
                               )
BEN HOUCK ESTATES,             )
                               )
LIBERTY TRUST,                 )
                               )
OH CANADA TRUST,               )
                               )
BRENDA C. SHIVELY,             )
    as Trustee of Ben Houck Estates, )
WILLIAM L. COMER,              )
    as Trustee of Ben Houck Estates, )
BRENT D. HOUCK,                )
    as Trustee of Ben Houck Estates, )
BARBARA E. HOUCK,              )
    as Trustee of Ben Houck Estates, )
                               )
FIRST FEDERAL SAVINGS & LOAN   )
    ASSOCIATION,               )
                               )
STATE OF OHIO, DEPARTMENT OF   )
TAXATION,                      )
            Defendants.        )

## UNITED STATES' FIRST AMENDED COMPLAINT[1]

The United States of America, by its attorney, Gregory G. Lockhart United States Attorney for

---

[1]The United States Amends its Original Complaint to add paragraph 3(a) below. No other claims, allegations or facts are changed other than the addition of paragraph 3(a) and the substitution of the name of the present United States Attorney, Gregory G. Lockhart, for the former United States Attorney, Salvador A. Dominguez.

GOVERNMENT EXHIBIT 4

Received at: 9:41AM, 11/7/2003

11/07/2003 08:37 FAX  202 514 9849        US DEPT OF JUSTICE, TAX                      ⊘003/011

the Southern District of Ohio, pursuant to the provisions of 26 U.S.C. sections 7401(a) and 7403, with

authorization of the Secretary of the Treasury and at the direction of the Attorney General of the United

States, brings this civil action to:

(a) reduce assessments against Buford F. Houck to judgment;

(b) establish the validity of the liens of the United States under 26 U.S.C. section 6321 upon

all of the property and rights to property of the defendant-taxpayer, Buford F. Houck and his nominees;

(c) establish that certain real property has been held by the Ben Houck Estates as a nominee

for the defendant Buford F. Houck;

(d) in the alternative, set aside as fraudulent the conveyance of the certain real property by

Buford F. and Betty J. Houck to a trust entitled Ben Houck Estates;

(e) foreclose the federal tax liens upon the aforementioned real property; and

and complains and alleges that:

1. Jurisdiction over this action is conferred upon the district court in 28 U.S.C. §§ 1340 and

1345, and 26 U.S.C. § 7402 and 7403.

2. Venue is proper pursuant to 28 U.S.C. Section 1391, because the property that is the subject

of this action is situated in this District.

3. Buford F. Houck resides at 1739 Kevin Street, Ironton, Ohio, 45638, within the jurisdiction

of this Court.

3(a). Betty J. Houck resides at 1739 Kevin Street, Ironton, Ohio 45638, within the jurisdiction

of this Court and is made a defendant in this action as required by 26 U.S.C. § 7403(b), for the reason

that she has, or may claim, an interest in the property upon which the United States seeks to foreclose

its lien.

4. The trustees of the Ben Houck Estates Trust are Brenda C. Shively, William L. Comer,

2

Received at: 9:41AM, 11/7/2003

11/07/2003 08:37 FAX  202 514 8648      US DEPT OF JUSTICE, TAX                      @004/011

Brent D. Houck, and Barbara E. Houck. Buford F. Houck was an original trustee of the Ben Houck

Estates Trust, but has since resigned as trustee.

5. Brenda C. Shively is a trustee of the Ben Houck Estates Trust and is made a defendant in

this action as required by 26 U.S.C. § 7403(b), for the reason that she has, or may claim, an interest

in the property upon which the United States seeks to foreclose its lien.

6. William L. Comer is a trustee of the Ben Houck Estates Trust and is made a defendant in

this action as required by 26 U.S.C. § 7403(b), for the reason that he has, or may claim, an interest in

the property upon which the United States seeks to foreclose its lien.

7. Brent D. Houck is a trustee of the Ben Houck Estates Trust and is made a defendant in this

action as required by 26 U.S.C. § 7403(b), for the reason that he has, or may claim, an interest in the

property upon which the United States seeks to foreclose its lien.

8. Barbara E. Houck is a trustee of the Ben Houck Estates Trust and is made a defendant in

this action as required by 26 U.S.C. § 7403(b), for the reason that he has, or may claim, an interest in

the property upon which the United States seeks to foreclose its lien.

9. First Federal Savings & Loan Association has a business address of 415 Center Street,

Ironton, Ohio, 45638 and is named as a defendant because it claims, or may claim, an interest in the

real property that is the subject of this action by virtue of its mortgage interest in the property,

recorded April 26, 1977, in Lawrence County, deed volume 360, page 213.

10. Ben Houck Estates has an address of 1739 Kevin Street, Ironton, Ohio 45638, and is

named as a defendant because it claims, or may claim, an interest in the real property upon which the

United States seeks to foreclose its lien.

11. Liberty Trust has an address of P.O. Box 789, Ironton, Ohio, 45638, and is named as a

defendant because it claims, or may claim, an interest in the real property that is the subject of this

3

Received at: 9:41AM, 11/7/2003

11/07/2003 08:38 FAX   202 514 8648        US DEPT OF JUSTICE, TAX                    ☒005/011

action by virtue of its mortgage interest in the property, recorded March 15, 1994, in Lawrence

Country, deed volume 511, page 063.

12. Oh Canada Trust has an address of P.O. Box 789, Ironton, Ohio, 45638, and is named as

a defendant because it claims, or may claim, an interest in the real property that is the subject of this

action by virtue of its mortgage interest in the property, recorded October 13, 1994, in Lawrence

Country, deed volume 504, page 482.

13. The State of Ohio, Department of Taxation is subject to the jurisdiction of the Court and

is named as a party because it may claim an interest in the property that is the subject of this action.

14. The property upon which the United States seeks to foreclose its liens was acquired by

Buford F. Houck and Betty J. Houck as joint tenants with right of survivorship, on or about March 9,

1964 and is a parcel of real property located at 1739 Kevin Street, Ironton, Ohio, 45638 and

described as follows:

> *Being Lot Number Twenty-Four (24) in a subdivision identified as Sedgwick Meadows, continuation of Green Valley Estates, as shown on the recorded plat thereof in Plat Book 5, pages 240 and 241 of the Plat Records of Lawrence County, Ohio.*

15. Buford F. Houck has failed to file his 1985, 1986, 1987, 1988, 1990, 1991, 1992,1993,

and 1994, federal income tax returns.

16. On or about December 10, 1984, Buford F. Houck and Betty J. Houck created a trust

named the Ben Houck Estates. The original trustees of the Ben Houck Estates were Buford F. Houck,

his daughter, Brenda C. Shively, his son, Brent D. Houck, and William L. Comer. Buford Houck later

resigned as trustee and was replaced by his daughter, Barbara E. Houck.

17. On or about December 11, 1984, Buford F. Houck purported to convey, by quit-claim

deed, his one-half interest in the real property located at 1739 Kevin Street, Ironton, Ohio, to the trust

named Ben Houck Estates for little or no consideration. The quit claim deed was recorded on

4

Received at: 9:41AM, 11/7/2003

11/07/2003 09:38 FAX  202 514 9848        US DEPT OF JUSTICE, TAX                      🖂 008/011

December 12, 1984, and is found in Deed Record 497, page 279 in Lawrence County, Ohio.  On or

about December 11, 1984, Buford F. Houck purported to convey to the Ben Houck Estates, title to his

one-half interest in the personal property contained in the 1739 Kevin Street residence for little or no

consideration.  The purported transfer by Buford Houck of title to his real and personal property to

the Ben Houck Estates was followed, beginning in 1986, by an uninterrupted pattern of failing to file

federal income tax returns despite a legal obligation to do so.  As a result of his purported transfer of

real and personal property, and subsequent incurrence of tax obligations, Buford F. Houck was

rendered financially insolvent and unable to fully pay his tax liabilities from assets held in his name.

18.  Buford Houck continued to live in the 1739 Kevin Street property after he purportedly

transferred it to the Ben Houck Estates.  Following the purported transfer, Buford Houck and Betty

Houck continued to pay the real estate taxes and the utility expenses of the 1739 Kevin Street property.

19.  As a result of Buford Houck's failure to file tax returns for the years 1985, through 1994,

and the fact that he had unreported tax liabilities for these periods, a delegate of the Secretary of the

Treasury made timely assessments against Buford F. Houck on the dates set forth below:

| Tax Period Ending | Date of Assessment |
|---|---|
| 198612 | January 6, 1992 |
| 198712 | January 6, 1992 |
| 198812 | January 6, 1992 |
| 199012 | October 16, 1995 |
| 199112 | October 16, 1995 |
| 199212 | October 16, 1995 |
| 199312 | October 16, 1995 |
| 199412 | November 24, 1997 |

5

Received at: 9:41AM, 11/7/2003

11/07/2003 08:38 FAX   202 514 9649        US DEPT OF JUSTICE, TAX                          @007/011

20. As of May 14, 2001, the unpaid balance of the assessments, plus accruals, for each period

was as follows:

| Tax Period Ending | Unpaid Amount |
|---|---|
| 198612 | $107,378.75 |
| 198712 | $73,355.55 |
| 198812 | $91,628.23 |
| 199012 | $76,728.64 |
| 199112 | $52,173.09 |
| 199212 | $61,978.00 |
| 199312 | $20,901.25 |
| 199412 | $11,758.09 |
| Total: | $482,730.47 |

Accepted For Value. This Property is Exempt from the Process; Please Adjust this Account for the Release Products; Accounts; and Fixtures; and Release The Order(s) of the Court to Me immediately. Signed Betty A. Houck Date Dec. 23 2003 Employer ID # 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 (OVER)

21. On, or about, the date of assessments, a delegate of the Secretary of the Treasury of the

United States of America gave notice of the assessments set forth above, and made demands for

payment thereof upon the defendant, Buford F. Houck.

22. As a result of Buford F. Houck's neglect, refusal, and failure to pay the assessments

described above, federal tax liens in the amount of the assessments, plus interest and other statutory

additions, arose pursuant to 26 U.S.C. §§ 6321 and 6322 and attached to all property and rights to

property of the defendant Buford Houck.

23. On June 28, 1995, notice of federal tax lien arising from the assessments of August 5,

1994, for federal income tax liability of Buford F. Houck for tax years 1986, 1987, and 1988, was

filed in Lawrence County, Ohio.

24. On April 4, 2000, notice of federal tax lien arising from the federal tax liability of Buford

Received at: 9:41AM, 11/7/2003

11/07/2003 09:39 FAX   202 514 9849        US DEPT OF JUSTICE, TAX                    📷008/011

F. Houck for tax years 1990, 1991, 1992, 1993, and 1994 were filed in Lawrence County, Ohio.

## COUNT I

### Judgment for Amounts Assessed

25. The United States realleges and incorporates herein the allegation in paragraphs 1 through 24 of this complaint.

26. Notwithstanding proper notice and demand for payment of said assessments having been made upon the defendant Buford Houck, he has refused to fully pay such assessments.

27. There remains due and owing upon the aforesaid assessments, less payments and any credits applied, plus accrued interest as of May 14, 2001, the sum of $482,730.47.

### COUNT II

### Establishment of the Lien of the United States

28. The United States realleges and incorporates herein the allegation in paragraphs 1 through 27 of this complaint.

29. Following the making of the assessments of tax and related statutory amounts and after notice and demand for payment of the same, federal tax liens in favor of the United States arose against all of the property and rights to property of the defendant Buford Houck in the amount equal to the unpaid assessments plus interest and other accruals permitted by law.

## COUNT III

### Property Held by Trust as Nominee for Defendants

30. The United States realleges and incorporates herein the allegation in paragraphs 1 through 29 of this complaint.

31. On or about December 4, 1992, and December 6, 1993, a delegate of the Secretary of the

7

Received at: 9:41AM, 11/7/2003

Treasury filed nominee liens against the Ben Houck Estates as nominee of Buford Houck for the tax

year 1985.

32. On or about August 30, 2000, a delegate of the Secretary of the Treasury filed nominee

liens against the Ben Houck Estates as nominee of Buford Houck for the tax years 1986, 1987, 1988,

1990, 1991, 1992, 1993, 1994, and 1996.

33. The trust named Ben Houck Estates is the nominee of Buford Houck and the liens attaching

to all property and rights to property of Buford Houck attach to the property held in the name of Buford

Houck's nominee, Ben Houck Estates.

## COUNT IV

### Setting Aside Fraudulent Conveyance

34. The United States realleges and incorporates herein the allegation in paragraphs 1 through

33 of this complaint.

35. In the alternative, the purported conveyance by the defendant Buford Houck of his one half

interest in his real and personal property located at 1739 Kevin Street, Ironton, Ohio to the trust named

Ben Houck Estates, if effective to transfer title to a separate entity that was not Buford Houck's

nominee, was done for the purpose of hindering, delaying and defrauding the Unites States as to the

payment of future federal taxes.

36. The purported conveyance by the defendant Buford Houck of his one half interest in his

real and personal property located at 1739 Kevin Street, Ironton, Ohio to the trust named Ben Houck

Estates was done for the purpose and with the intent to hinder, delay, or defraud either present or

future creditors, and is fraudulent as to both present and future creditors.

37. The United States contends that if the purported conveyance to the Ben Houck Estates was

8

Received at: 9:41AM, 11/7/2003

11/07/2003 09:38 FAX  202 514 9849        US DEPT OF JUSTICE, TAX                    ☎010/011

valid, the defendant Buford Houck fraudulently conveyed the Kevin Street property to the Ben Houck

Estates for the purposes of hindering, delaying and defrauding the United States as to the payment of

the aforesaid delinquent federal taxes, and that therefore said conveyance must be set aside.

## COUNT V

### Foreclosure of Federal Tax Liens

38. The United States realleges and incorporates herein the allegation in paragraphs 1 through

37 of this complaint.

39. All person known to the United States as claiming an interest in or a lien upon the Kevin

Street property having been named as defendants herein as required by law, the foreclosure of the

liens of the United States upon said property is lawful and necessary.

WHEREFORE, the plaintiff, the United State of America, prays as follows:

a. That the Court enter a judgement for the United States and against defendant Buford F. Houck

for the unpaid balance of the assessments described in paragraph 20 above, in the amount of

$482,730.47, as of May 14, 2001, plus statutory interest after May 14, 2001.

b.  That this Court determine and adjudge that the United States has valid liens upon and

against all property and rights to property, real and personal, of Buford F. Houck, and specifically the

real property located at 1739 Kevin Street, Ironton, OH, 45638.

c.  That this Court order the foreclosure of the United States' liens against the property

described above, that this Court order that the property be sold in accordance with the practice of the

Courts, and that the proceeds of the sale of the property be distributed in accordance with the finding

of this Court and the rights of the United States as herein determined.

d.  That in the event that the relief sought herein does not satisfy the indebtedness of the

9

Received at: 9:41AM, 11/7/2003

11/07/2003 09:40 FAX   202 514 8848        US DEPT OF JUSTICE, TAX                    ☎011/011

defendant Buford F. Houck, the United States shall have a deficiency judgment against him for the

unsatisfied amount.

    e. That the United States be granted its costs of this action, together with such other and further

relief as this Court may deem just and proper.

                          Respectfully Submitted,

                          GREGORY G. LOCKHART
                          United States Attorney

                          IAN HOLDEMAN
                          Assistant United States Attorney

                          s/Lara  Ewens

                          LARA E. EWENS
                          Trial Attorney, Tax Division
                          U.S. Department of Justice
                          Post Office Box 55
                          Ben Franklin Station
                          Washington, D.C.  20044
                          (202) 307-2822

10