FILED
JAMES BONINI
CLERK

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

04 JAN 26 PM 12: 50

Certified Mail #: _7003 - 1680 - 0004 - 1224 - 4989_

Case No.: C-1-01-541

## ACCEPTED FOR VALUE

Re: ORDER

KENNETH J. MURPHY, dba: EXECUTIVE OFFICER/CLERK
~~U. S. DISTRICT COURT~~
SOUTHERN DISTRICT OF OHIO
U. S. Courthouse
100 East Fifth Street
Cincinnati, Ohio   45202

LAURA EWENS, dba: TRIAL ATTORNEY
U. S. DEPARTMENT OF JUSTICE
P. O. Box 55
Washington, D. C.   20004

## ACCEPTED FOR VALUE

### RE: ORDER

Respectfully,

Buford F. Houck, Affiant, ET AL   et al
c/o: 1739 Kevin Street
Ironton, Ohio   45638

STATE OF OHIO                         }
                                      } ASSEVERATION
COUNTY OF LAWRENCE                    }

Affirmed to and subscribed by Buford F. Houck, in my presence

this _____ 23 RD _____ day of _____ January _____, 2004.

My Commission Expires: _____ 3-4-07 _____

DEBBIE PERRY
Notary Public, State of Ohio                    _____ Debbie Perry _____
My commission expires March 4, 2007                    Notary

### ~~CERTIFICATE OF SERVICE~~

I, _____ Philip Kline _____ hereby certify that the following parties

were mailed sets of the attached document(s): **RE: ORDER, (1 Page)**, on _____ 1-23 _____,

2004, by Certified U. S. Mail, Return Receipt, Postage Prepaid.

KENNETH J. MURPHY, dba: EXECUTIVE OFFICER/CLERK
U. S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
U. S. Courthouse
100 East Fifth Street
Cincinnati, Ohio   45202

LAURA EWENS, dba: TRIAL ATTORNEY
U. S. DEPARTMENT OF JUSTICE
P. O. Box 55
Washington, D. C.   20004

I, _____ Philip Kline _____, DID PLACE THE ENCLOSED

DOCUMENTS, **RE: ORDER, (1 Page)**, in the U. S. Mail, on _____ 1-23 _____,

2004, by Certified U. S. Mail, Return Receipt, Postage Prepaid.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

United States of America,
    Plaintiff

v.                            Case No.  1:01-cv-541

Buford F. Houck, et al.,
    Defendants

## ORDER

      This matter is before the Court on the Magistrate Judge's Report and Recommendation filed November 7, 2003.

      Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. <u>See United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

      Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

      Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and defendant Buford Houck's motion to set aside default judgment (Doc. 44) is **DENIED**.

January 16, 2004
Date

s/Sandra S. Beckwith
Sandra S. Beckwith
United States District Judge