United States District Court
Southern District of Ohio
Western Division

United States of America,

    Plaintiff,

                              No. C-1-01-541
                              (Beckwith, J.; Black, M.J.)

vs.

Buford F. Houck, et al.,

    Defendants.

## SHOW CAUSE ORDER

On January 26, 2004, the Court adopted the Report and Recommendation of the Magistrate Judge denying Buford Houck's motion to set aside default judgment. (Doc. 52). No further activity has occurred in this matter since Judge Beckwith's January Order. Accordingly, **IT IS HEREBY ORDERED** that no later than **Monday, June 21, 2004**, Plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute.

        **SO ORDERED.**

Date: June 8, 2004                                       s/ Timothy S. Black
                                                                     Timothy S. Black
                                                                     United States Magistrate Judge