| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Without PRES.* ☐ Agent<br>*Buford R. Honera* ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>                                              6-12-04 |
| 1. Article Addressed to:<br>Ben Houck Estates<br>1739 Kevin St<br>Scranton, Ohio<br>45638 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
|  | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number  7003 2260 0002 6723 3326<br>(Transfer from service label) | |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |

SSB   Doc 54   01-541

| UNITED STATES POSTAL SERVICE | ‖‖‖‖ | First-Class Mail<br>Postage & Fees Paid<br>USPS<br>Permit No. G-10 |
|---|---|---|

• Sender: Please print your name, address, and ZIP+4 in this box •

```
OFFICE OF THE CLERK
U. S. DISTRICT COURT
Rm. 324 U. S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Buford Hauck
   1739 Kevin St
   Ironton, Ohio
   45638

2. Article Number (Transfer from service label): 7003 2260 0002 6723 3289

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Without PREJ.
   X Buford E. Hauck
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 6-12-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

SSB 01-541  Doc 54



| | |
|---|---|
| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Without Prej. Buford F. Houck_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery _6-12-04_ |
| 1. Article Addressed to:<br>_Kim Conner_<br>_1739 Kevin St._<br>_Ironton, Oh._ | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer...) | 7003 2260 0002 6723 3319 |
| PS Form 3811, August 2001 | Domestic Return Receipt  _Doc 54  01-541_  SSB  102595-02-M-1540 |

Case 1:01-cv-00541-MRB-TSB    Document 54-2    Filed 06/08/2004    Page 6 of 8

rED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
U. S. DISTRICT COURT
Rm. 324 U. S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Barbara Houck
   1730 Kevin ST
   Ironton, Oh. 45638

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _without press_
   X _Barbara R. Houck_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    6-2-04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article (Transfer from service label)
   7003 2260 0002 6723 3302

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Doc 54    01-541   SSB

**CERTIFIED MAIL**

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
U. S. DISTRICT COURT
Rm. 324 U. S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202