| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Buford F Hinch_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 6-12-04<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Brent Hauck<br>1739 Kevin St<br>Ironton, Ohio 45638 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)   7003 2260 0002 6723 3296 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

01-541 Doc 54 SSB

• Sender: Please print your name, address, and ZIP+4 in this box •

```
OFFICE OF THE CLERK
U. S. DISTRICT COURT
Rm. 324 U. S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202
```

5216+2452