**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brenda Snively
1789 Kevin St
Monitor, Ohio
45638

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Without PRES.
   Buford R Horner
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
6-12-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0002 6723 3272

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

SSB  01-541  NC54

• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
U. S. DISTRICT COURT
Rm. 324 U. S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202