IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CASE NO. C-1-01-541 |
| BUFORD F. HOUCK, et al., | ) | |
| | ) | Judge Beckwith |
| Defendants. | ) | |
| | ) | |

**UNITED STATES' MOTION TO ORDER REMOVAL OF
EXHIBITS 3 THROUGH 10 ELECTRONICALLY FILED WITH THE
UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. 57)
AND FILE *INSTANTER* REDACTED EXHIBITS 3 THROUGH 10**

The United States, by and through its undersigned counsel, hereby moves the Court to order the Clerk to remove Government Exhibits 3 through 10 electronically filed as attachments to the United States Motion for Partial Summary Judgment (Doc. 57) and to file *Instanter* the attached Government Exhibits 3 through 10, which are redacted of social security numbers except for the last four digits. As good cause for this motion, the United States desires to remove social security numbers which may be electronically accessed.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

/s/ Alejandro L. Bertoldo
ALEJANDRO L. BERTOLDO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
Telephone: (202) 307-6019
email: Alejandro.L.Bertoldo@usdoj.gov

## **CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing United States' Motion was filed electronically on June 23, 2004. Notice of this filing will be sent to all parties that have registered for electronic filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Service was also made by U.S. Mail, postage prepaid, on the following parties:

```
STATE OF OHIO, DEPARTMENT OF TAXATION
         TAX COMMISSIONER OF OHIO
         30 East Broad Street, 22 Floor
         Columbus, OH 43215

FIRST FEDERAL SAVING & LOAN, ASSOC.
      415 Center Street
      Ironton, OH 45638

BUFORD F. HOUCK
      1739 Kevin Street
      Ironton, OH 45638

BETTY HOUCK
      1739 Kevin Street
      Ironton, OH 45638
```

/s/ Alejandro L. Bertoldo
ALEJANDRO L. BERTOLDO