

## United States          of America

**Department of the Treasury**

**Internal Revenue Service**

Date:
June 18, 2004

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:

Transcript is an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

Buford F. Houck



For tax period(s) December 31, 1986    Form  1040
Certification of Assessment and Payments consisting of 21 pages(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Peggy A. Bogadi, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E          U.S. Government Printing Office: 2000 — 533-039/07196          Form **2866** (Rev. 09-97)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

BUFORD F HOUCK                          EIN/SSN: ██████ 7280
                                                         7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 78,708.00 | | | |
| | TAXABLE INCOME 77,628.00 | | | |
| 06-11-1990 | SUBSTITUTE FOR RETURN 17210-174-01914-0 | | 0.00 | 07-30-1990 |
| 05-02-1988 | BANKRUPTCY SUIT PENDING | | | |
| 05-02-1988 | LEGAL SUIT PENDING | | | |
| 05-02-1988 | BANKRUPTCY SUIT PENDING | | | |
| 10-02-1989 | BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 10-02-1989 | LEGAL SUIT NO LONGER PENDING | | | |
| | NEGLIGENCE PENALTY 199152 | 9,777.59 | | 01-06-1992 |
| | ESTIMATED TAX PENALTY 199152 | 1,384.00 | | 01-06-1992 |
| | LATE FILING PENALTY 199152 | 7,163.00 | | 01-06-1992 |
| 04-15-1987 | WITHHOLDING CREDIT | | 225.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 17247-612-90189-1  199152 | 28,878.00 | | 01-06-1992 |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

BUFORD F HOUCK                              EIN/SSN: ████████▓7280
                                                     ████████▓7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| | INTEREST ASSESSED 199152 | 23,274.68 | | 01-06-1992 |
| 10-18-1991 | LEGAL SUIT PENDING | | | |
| 01-06-1992 | NEGLIGENCE PENALTY ABATED | 9,777.59- | | |
| 01-06-1992 | ESTIMATED TAX PENALTY ABATED | 1,384.00- | | |
| 01-06-1992 | LATE FILING PENALTY ABATED | 7,163.00- | | |
| 04-15-1987 | WITHHOLDING CREDIT REVERSED | | (225.00) | |
| 05-11-1992 | PRIOR TAX ABATED 17254-470-18280-2 | 28,878.00- | | |
| 05-11-1992 | INTEREST ABATED | 23,274.68- | | |
| 08-06-1992 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| | QUICK ASSESSMENT 31251-217-13000-4 | 28,878.00 | | 08-05-1994 |

FORM 4340  (REV. 01-2002)                   PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

BUFORD F HOUCK                          EIN/SSN:         7280
                                                         7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | LATE FILING PENALTY 199436 | 7,163.00 | | 08-05-1994 |
| | ESTIMATED TAX PENALTY 199436 | 1,384.00 | | 08-05-1994 |
| | NEGLIGENCE PENALTY 199436 | 9,563.95 | | 08-05-1994 |
| | RESTRICTED INTEREST ASSESSED 199436 | 20,299.73 | | 08-05-1994 |
| 09-02-1994 | BANKRUPTCY SUIT PENDING | | | |
| 04-15-1987 | WITHHOLDING CREDIT | | 225.00 | |
| | ADDITIONAL TAX ASSESSED 17254-665-15548-4  199443 | 0.00 | | 11-07-1994 |
| | FAILURE TO PAY TAX PENALTY 199443 | 143.26 | | 11-07-1994 |
| 02-22-1995 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

BUFORD F HOUCK                          EIN/SSN:  ████ 7280
                                                  ▬ 7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
|  | RESTRICTED INTEREST ASSESSED 199516 | 3,756.36 | | 05-01-1995 |
|  | ADDITIONAL TAX ASSESSED 17254-479-18013-5  199516 | 0.00 | | 05-01-1995 |
| 06-16-1995 | FEDERAL TAX LIEN | | | |
| 02-26-1996 | LEGAL SUIT PENDING | | | |
|  | RESTRICTED INTEREST ASSESSED 199643 | 10,211.75 | | 11-04-1996 |
|  | ADDITIONAL TAX ASSESSED 17254-656-18023-6  199643 | 0.00 | | 11-04-1996 |
| 12-09-1997 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 84.15 | |
| 12-15-1997 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 41.22 | |
| 03-01-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | ( ( | | |

FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

BUFORD F HOUCK                    EIN/SSN: ██████-7280
                                           -7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 03-04-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 03-04-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-16-1999 | SUBSEQUENT PAYMENT | | 40.42 | |
| 03-14-2000 | SUBSEQUENT PAYMENT LEVY | | 54.61 | |
| 03-13-2000 | SUBSEQUENT PAYMENT LEVY | | 644.34 | |
| 04-12-2000 | SUBSEQUENT PAYMENT LEVY | | 519.14 | |
| 04-12-2000 | SUBSEQUENT PAYMENT LEVY | | 1,157.00 | |
| 05-01-2000 | SUBSEQUENT PAYMENT LEVY | | 131.23 | |
| 05-08-2000 | SUBSEQUENT PAYMENT LEVY | | 235.52 | |

FORM 4340  (REV. 01-2002)                    PAGE    5

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BUFORD F HOUCK                        EIN/SSN: ███████-7280
                                               ███████-7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986


                                    ASSESSMENT,     PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT      DATE (23C,
                                    (REVERSAL)     (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------
05-15-2000 SUBSEQUENT PAYMENT                       1,164.00
           LEVY

05-17-2000 SUBSEQUENT PAYMENT                        133.57
           LEVY

06-05-2000 SUBSEQUENT PAYMENT                        379.35
           LEVY

06-12-2000 SUBSEQUENT PAYMENT                       1,164.00
           LEVY

06-19-2000 SUBSEQUENT PAYMENT                        118.79
           LEVY

07-24-2000 SUBSEQUENT PAYMENT                        156.37
           LEVY

07-31-2000 SUBSEQUENT PAYMENT                        216.76
           LEVY

08-25-2000 FEDERAL TAX LIEN

08-29-2000 SUBSEQUENT PAYMENT                         85.20
           LEVY

08-30-2000 SUBSEQUENT PAYMENT                        410.39
           LEVY

FORM 4340  (REV. 01-2002)                 PAGE    6
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

BUFORD F HOUCK                        EIN/SSN: ███████-7280
                                               ██████████-7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 09-25-2000 | FEES AND COLLECTION COSTS | | 8.00 | |
| 09-18-2000 | SUBSEQUENT PAYMENT LEVY | | 146.29 | |
| 10-06-2000 | SUBSEQUENT PAYMENT LEVY | | 552.61 | |
| 10-16-2000 | SUBSEQUENT PAYMENT LEVY | | 41.10 | |
| 10-27-2000 | SUBSEQUENT PAYMENT LEVY | | 161.91 | |
| 11-20-2000 | SUBSEQUENT PAYMENT LEVY | | 86.77 | |
| 11-06-2000 | SUBSEQUENT PAYMENT 1040      199612 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 | | 356.35 | |
| 11-13-2000 | SUBSEQUENT PAYMENT 1040      199612 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 | | 1,261.00 | |
| 12-01-2000 | SUBSEQUENT PAYMENT LEVY | | 301.71 | |

```
FORM 4340  (REV. 01-2002)              PAGE   7
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

BUFORD F HOUCK                          EIN/SSN: ████-7280
                                                 ███ 7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| 12-05-2000 | SUBSEQUENT PAYMENT LEVY | | 502.18 | |
| 12-18-2000 | SUBSEQUENT PAYMENT LEVY | | 1,261.00 | |
| 12-29-2000 | SUBSEQUENT PAYMENT LEVY | | 79.17 | |
| 12-29-2000 | SUBSEQUENT PAYMENT LEVY | | 378.50 | |
| 01-16-2001 | SUBSEQUENT PAYMENT LEVY | | 1,303.00 | |
| 02-02-2001 | SUBSEQUENT PAYMENT LEVY | | 516.48 | |
| 02-07-2001 | SUBSEQUENT PAYMENT LEVY | | 160.11 | |
| 02-12-2001 | SUBSEQUENT PAYMENT LEVY | | 1,303.00 | |
| 02-21-2001 | SUBSEQUENT PAYMENT LEVY | | 103.96 | |
| 03-02-2001 | SUBSEQUENT PAYMENT LEVY | | 395.50 | |

FORM 4340  (REV. 01-2002)              PAGE    8

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

BUFORD F HOUCK                    EIN/SSN: ▮▮▮▮▮-7280
                                           ▮▮▮▮▮-7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 03-06-2001 | SUBSEQUENT PAYMENT LEVY | | 31.45 | |
| 03-07-2001 | SUBSEQUENT PAYMENT LEVY | | 32.54 | |
| 03-12-2001 | SUBSEQUENT PAYMENT LEVY | | 1,303.00 | |
| 03-19-2001 | SUBSEQUENT PAYMENT LEVY | | 47.00 | |
| 04-06-2001 | SUBSEQUENT PAYMENT LEVY | | 442.79 | |
| 04-16-2001 | SUBSEQUENT PAYMENT LEVY | | 1,303.00 | |
| 04-18-2001 | SUBSEQUENT PAYMENT LEVY | | 127.20 | |
| 05-04-2001 | SUBSEQUENT PAYMENT LEVY | | 265.19 | |
| 05-09-2001 | SUBSEQUENT PAYMENT LEVY | | 49.53 | |
| 05-11-2001 | SUBSEQUENT PAYMENT LEVY | | 1,303.00 | |

FORM 4340  (REV. 01-2002)              PAGE    9

```
    CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

BUFORD F HOUCK                          EIN/SSN: ███████-7280
                                                 ███████-7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 05-15-2001 | SUBSEQUENT PAYMENT LEVY | | 89.08 | |
| 06-01-2001 | SUBSEQUENT PAYMENT LEVY | | 372.62 | |
| 06-15-2001 | SUBSEQUENT PAYMENT LEVY | | 1,303.00 | |
| 06-25-2001 | SUBSEQUENT PAYMENT LEVY | | 255.41 | |
| 07-05-2001 | SUBSEQUENT PAYMENT LEVY | | 551.77 | |
| 07-05-2001 | SUBSEQUENT PAYMENT LEVY | | 31.45 | |
| 07-17-2001 | SUBSEQUENT PAYMENT LEVY | | 1,303.00 | |
| 08-02-2001 | SUBSEQUENT PAYMENT LEVY | | 367.34 | |
| 08-14-2001 | SUBSEQUENT PAYMENT LEVY | | 261.57 | |
| 08-14-2001 | SUBSEQUENT PAYMENT LEVY | | 1,304.00 | |

```
FORM 4340  (REV. 01-2002)              PAGE   10
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

BUFORD F HOUCK                        EIN/SSN: ▓▓▓▓▓-7280
                                               -7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|------|------|------|
| 09-06-2001 | SUBSEQUENT PAYMENT LEVY | | 527.23 | |
| 09-17-2001 | SUBSEQUENT PAYMENT LEVY | | 1,304.00 | |
| 09-18-2001 | SUBSEQUENT PAYMENT LEVY | | 60.73 | |
| 10-04-2001 | SUBSEQUENT PAYMENT LEVY | | 382.35 | |
| 10-15-2001 | SUBSEQUENT PAYMENT LEVY | | 1,304.00 | |
| 10-16-2001 | SUBSEQUENT PAYMENT LEVY | | 206.24 | |
| 11-01-2001 | SUBSEQUENT PAYMENT LEVY | | 348.67 | |
| 11-16-2001 | SUBSEQUENT PAYMENT LEVY | | 1,304.00 | |
| 12-05-2001 | SUBSEQUENT PAYMENT LEVY | | 34.71 | |
| 12-07-2001 | SUBSEQUENT PAYMENT LEVY | | 468.29 | |

FORM 4340  (REV. 01-2002)              PAGE    11

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

BUFORD F HOUCK                          EIN/SSN:  ████-7280
                                                  ████-7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| 12-13-2001 | SUBSEQUENT PAYMENT LEVY | | 1,304.00 | |
| 12-28-2001 | SUBSEQUENT PAYMENT LEVY | | 32.54 | |
| 01-02-2002 | SUBSEQUENT PAYMENT LEVY | | 390.92 | |
| 01-11-2002 | SUBSEQUENT PAYMENT LEVY | | 1,335.00 | |
| 01-29-2002 | SUBSEQUENT PAYMENT LEVY | | 272.80 | |
| 01-31-2002 | SUBSEQUENT PAYMENT LEVY | | 311.93 | |
| 02-11-2002 | SUBSEQUENT PAYMENT LEVY | | 1,335.00 | |
| 02-27-2002 | SUBSEQUENT PAYMENT LEVY | | 324.03 | |
| 03-12-2002 | SUBSEQUENT PAYMENT LEVY | | 1,335.00 | |
| 04-03-2002 | SUBSEQUENT PAYMENT LEVY | | 157.15 | |

FORM 4340  (REV. 01-2002)              PAGE    12

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

BUFORD F HOUCK                          EIN/SSN: ████-7280
                                                 ████-7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 04-04-2002 | SUBSEQUENT PAYMENT LEVY | | 435.11 | |
| 04-15-2002 | SUBSEQUENT PAYMENT LEVY | | 1,335.00 | |
| 04-15-2002 | SUBSEQUENT PAYMENT LEVY | | 68.99 | |
| 05-03-2002 | SUBSEQUENT PAYMENT LEVY | | 315.04 | |
| 05-13-2002 | SUBSEQUENT PAYMENT LEVY | | 1,335.00 | |
| 06-06-2002 | SUBSEQUENT PAYMENT LEVY | | 406.18 | |
| 06-13-2002 | SUBSEQUENT PAYMENT LEVY | | 1,335.00 | |
| 06-25-2002 | SUBSEQUENT PAYMENT LEVY | | 381.00 | |
| 07-03-2002 | SUBSEQUENT PAYMENT LEVY | | 406.39 | |
| 07-09-2002 | SUBSEQUENT PAYMENT LEVY | | 55.27 | |

FORM 4340  (REV. 01-2002)              PAGE   13

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

BUFORD F HOUCK                        EIN/SSN:  ████████7280
                                                        7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 07-16-2002 | SUBSEQUENT PAYMENT LEVY | | 1,335.00 | |
| 10-31-2001 | LEGAL SUIT PENDING | | | |
| 07-31-2002 | SUBSEQUENT PAYMENT LEVY | | 399.96 | |
| 08-12-2002 | SUBSEQUENT PAYMENT LEVY | | 1,335.00 | |
| 08-19-2002 | SUBSEQUENT PAYMENT LEVY | | 379.44 | |
| 09-09-2002 | SUBSEQUENT PAYMENT LEVY | | 531.13 | |
| 09-13-2002 | SUBSEQUENT PAYMENT LEVY | | 1,335.00 | |
| 10-02-2002 | SUBSEQUENT PAYMENT LEVY | | 283.49 | |
| 10-11-2002 | SUBSEQUENT PAYMENT LEVY | | 1,335.00 | |
| 11-01-2002 | SUBSEQUENT PAYMENT LEVY | | 396.41 | |

```
FORM 4340  (REV. 01-2002)                  PAGE   14
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

BUFORD F HOUCK                          EIN/SSN: ██████7280
                                              : ██████-7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    ·TAX PERIOD: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|---------------------------|--------------------------------|
| 11-13-2002 | SUBSEQUENT PAYMENT LEVY | | 1,335.00 | |
| 11-13-2002 | SUBSEQUENT PAYMENT LEVY | | 67.92 | |
| 12-04-2002 | SUBSEQUENT PAYMENT LEVY | | 401.13 | |
| 12-16-2002 | SUBSEQUENT PAYMENT LEVY | | 1,335.00 | |
| 01-07-2003 | SUBSEQUENT PAYMENT LEVY | | 367.51 | |
| 01-07-2003 | SUBSEQUENT PAYMENT LEVY | | 20.24 | |
| 01-13-2003 | SUBSEQUENT PAYMENT LEVY | | 1,350.00 | |
| 02-06-2003 | SUBSEQUENT PAYMENT LEVY | | 492.51 | |
| 02-07-2003 | SUBSEQUENT PAYMENT LEVY | | 443.87 | |
| 02-18-2003 | SUBSEQUENT PAYMENT LEVY | | 1,350.00 | |

FORM 4340  (REV. 01-2002)              PAGE   15

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

BUFORD F HOUCK                    EIN/SSN: ████-7280
                                           ██-7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 03-05-2003 | SUBSEQUENT PAYMENT LEVY | | 228.14 | |
| 03-14-2003 | SUBSEQUENT PAYMENT LEVY | | 1,350.00 | |
| 04-03-2003 | SUBSEQUENT PAYMENT LEVY | | 341.56 | |
| 04-14-2003 | SUBSEQUENT PAYMENT LEVY | | 1,350.00 | |
| 04-22-2003 | SUBSEQUENT PAYMENT LEVY | | 64.66 | |
| 04-29-2003 | SUBSEQUENT PAYMENT LEVY | | 352.64 | |
| 05-02-2003 | SUBSEQUENT PAYMENT LEVY | | 266.00 | |
| 05-12-2003 | SUBSEQUENT PAYMENT LEVY | | 1,350.00 | |
| 06-05-2003 | SUBSEQUENT PAYMENT LEVY | | 406.16 | |
| 06-17-2003 | SUBSEQUENT PAYMENT LEVY | | 1,350.00 | |

FORM 4340  (REV. 01-2002)            PAGE   16

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

BUFORD F HOUCK                          EIN/SSN: ███-7280
                                                 7553

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 07-03-2003 | SUBSEQUENT PAYMENT LEVY | | 351.53 | |
| 07-14-2003 | SUBSEQUENT PAYMENT LEVY | | 1,350.00 | |
| 08-04-2003 | SUBSEQUENT PAYMENT LEVY | | 438.18 | |
| 08-11-2003 | SUBSEQUENT PAYMENT LEVY | | 54.60 | |
| 08-18-2003 | SUBSEQUENT PAYMENT LEVY | | 1,350.00 | |
| 09-05-2003 | SUBSEQUENT PAYMENT LEVY | | 442.04 | |
| 09-16-2003 | SUBSEQUENT PAYMENT LEVY | | 1,350.00 | |
| 10-03-2003 | SUBSEQUENT PAYMENT LEVY | | 284.49 | |
| 10-14-2003 | SUBSEQUENT PAYMENT LEVY | | 1,350.00 | |
| 11-10-2003 | SUBSEQUENT PAYMENT LEVY | | 446.42 | |

FORM 4340  (REV. 01-2002)              PAGE    17

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

BUFORD F HOUCK                       EIN/SSN: ████-7280
                                              ████-7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11-17-2003 | SUBSEQUENT PAYMENT LEVY | | 1,350.00 | |
| 12-04-2003 | SUBSEQUENT PAYMENT LEVY | | 265.97 | |
| 12-09-2003 | SUBSEQUENT PAYMENT LEVY | | 51.07 | |
| 12-15-2003 | SUBSEQUENT PAYMENT LEVY | | 1,350.00 | |
| 01-02-2004 | SUBSEQUENT PAYMENT LEVY | | 346.43 | |
| 01-05-2004 | SUBSEQUENT PAYMENT LEVY | | 13.65 | |
| 01-12-2004 | SUBSEQUENT PAYMENT LEVY | | 1,372.00 | |
| 05-12-2004 | RECEIVED POA/TIA | | | |
| 01-06-1992 | Statutory Notice of Balance Due | | | |
| 08-05-1994 | Statutory Notice of Balance Due | | | |
| 11-07-1994 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    18

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

BUFORD F HOUCK                        EIN/SSN: ████████-7280
                                                        -7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      .TAX PERIOD: DEC  1986


                                    ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT     DATE (23C,
                                    (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------
03-20-1995 Statutory Notice of Intent to Levy

05-01-1995 Statutory Notice of Balance Due

09-16-1996 Statutory Notice of Intent to Levy

11-04-1996 Statutory Notice of Balance Due

FORM 4340  (REV. 01-2002)                   PAGE    19
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

BUFORD F HOUCK                      EIN/SSN: ████-7280
                                             ████-7553

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986
-------------------------------------------------------------------------

BALANCE        2,261.69

-------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Beverly S. Nadermann_

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 06/16/2004

FORM 4340  (REV. 01-2002)                PAGE    20