

# United States of America

## Department of the Treasury
## Internal Revenue Service

Date: June 18, 2004

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:

Transcript is an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

Buford F. Houck



For tax period(s) December 31, 1987   Form 1040
Certification of Assessment and Payments consisting of 7 pages(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Peggy A. Bogadi, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E    *U.S. Government Printing Office: 2000 — 533-039/07196    Form **2866** (Rev. 09-97)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

BUFORD F HOUCK                                EIN/SSN: ███-██-7280
                                                       ███-██-7553

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC 1987

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 64,492.00 | | | |
| | TAXABLE INCOME 60,712.00 | | | |
| 06-01-1990 | SUBSTITUTE FOR RETURN 17210-174-01915-0 | | 0.00 | 11-05-1990 |
| 05-02-1988 | LEGAL SUIT PENDING | | | |
| 05-02-1988 | BANKRUPTCY SUIT PENDING | | | |
| 10-02-1989 | LEGAL SUIT NO LONGER PENDING | | | |
| 10-02-1989 | BANKRUPTCY SUIT NO LONGER PENDING | | | |
| | NEGLIGENCE PENALTY 199152 | | 4,897.14 | 01-06-1992 |
| | ESTIMATED TAX PENALTY 199152 | | 990.00 | 01-06-1992 |
| | LATE FILING PENALTY 199152 | | 4,586.00 | 01-06-1992 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 17247-612-90190-1 199152 | | 18,344.00 | 01-06-1992 |
| | INTEREST ASSESSED 199152 | | 11,367.07 | 01-06-1992 |
| 10-18-1991 | LEGAL SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)                        PAGE    1

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BUFORD F HOUCK                                  EIN/SSN: ███████-7280
                                                         ███████-7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1987


                                           ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION     OTHER DEBITS    CREDIT       DATE (23C,
                                          (REVERSAL)     (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
01-06-1992 NEGLIGENCE PENALTY ABATED                     4,897.14-

01-06-1992 ESTIMATED TAX PENALTY                           990.00-
           ABATED

01-06-1992 LATE FILING PENALTY                           4,586.00-
           ABATED

05-11-1992 PRIOR TAX ABATED                             18,344.00-
           17254-470-18282-2

05-11-1992 INTEREST ABATED                              11,367.07-

08-06-1992 LEGAL/BANKRUPTCY SUIT NO
           LONGER PENDING

           QUICK ASSESSMENT                 18,344.00                  08-05-1994
           31251-217-13002-4

           LATE FILING PENALTY               4,586.00                  08-05-1994
           199436

           ESTIMATED TAX PENALTY               990.00                  08-05-1994
           199436

           NEGLIGENCE PENALTY                4,773.14                  08-05-1994
           199436

FORM 4340   (REV. 01-2002)                 PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

BUFORD F HOUCK                              EIN/SSN: ▓▓▓-▓▓-7280
                                                     ▓▓▓-▓▓-7553

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC   1987

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| | RESTRICTED INTEREST ASSESSED 199436 | 9,640.35 | | 08-05-1994 |
| 09-02-1994 | BANKRUPTCY SUIT PENDING | | | |
| 02-22-1995 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| | RESTRICTED INTEREST ASSESSED 199516 | 2,144.39 | | 05-01-1995 |
| | ADDITIONAL TAX ASSESSED 17254-479-18014-5   199516 | 0.00 | | 05-01-1995 |
| 06-16-1995 | FEDERAL TAX LIEN | | | |
| 07-10-1995 | FEES AND COLLECTION COSTS | 8.00 | | |
| 02-26-1996 | LEGAL SUIT PENDING | | | |
| | RESTRICTED INTEREST ASSESSED 199643 | 5,825.72 | | 11-04-1996 |
| | ADDITIONAL TAX ASSESSED 17254-656-18022-6   199643 | 0.00 | | 11-04-1996 |

FORM 4340   (REV. 01-2002)                        PAGE    3

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------------
BUFORD F HOUCK                              EIN/SSN: ██████-7280
                                                     ██████-7553

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1987

                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION    OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
----------------------------------------------------------------------------------

03-01-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

03-04-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

03-04-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

08-25-2000 FEDERAL TAX LIEN

10-31-2001 LEGAL SUIT PENDING

02-17-2004 SUBSEQUENT PAYMENT                             1,372.00
           LEVY

03-08-2004 SUBSEQUENT PAYMENT                               302.63
           LEVY

05-12-2004 RECEIVED POA/TIA

01-06-1992 Statutory Notice of Balance Due

08-05-1994 Statutory Notice of Balance Due

03-20-1995 Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                     PAGE    4
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------------
BUFORD F HOUCK                                    EIN/SSN: ███-██-7280
                                                           ███-██-7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1987


                                         ASSESSMENT,        PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS       CREDIT        DATE (23C,
                                         (REVERSAL)         (REVERSAL)    RAC 006 )
----------------------------------------------------------------------------------
05-01-1995  Statutory Notice of Balance Due

09-16-1996  Statutory Notice of Intent to Levy

11-04-1996  Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                       PAGE     5
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BUFORD F HOUCK                                      EIN/SSN: ████-7280
                                                             ████-7553

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1987
--------------------------------------------------------------------------------

BALANCE        44,636.97

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME: Beverly S. Nadermann
TITLE: Operations Manager, Accounting Control/Services
DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 06/16/2004

FORM 4340  (REV. 01-2002)                          PAGE     6
```