

# United States of America

## Department of the Treasury
## Internal Revenue Service

Date: June 18, 2004

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:

Transcript is an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

Buford F. Houck



For tax period(s) December 31, 1988   Form 1040
Certification of Assessment and Payments consisting of 6 pages(s) under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Peggy A. Bogadi, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E    U.S. Government Printing Office: 2000 — 533-039/07196    Form **2866** (Rev. 09-97)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

BUFORD F HOUCK                     EIN/SSN: ███████-7280
                                            ███████-7553

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC 1988

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 75,038.00 | | | |
| | TAXABLE INCOME 70,588.00 | | | |
| 06-01-1990 | SUBSTITUTE FOR RETURN 17210-223-00747-0 | 0.00 | | 09-10-1990 |
| | NEGLIGENCE PENALTY 199152 | 978.00 | | 01-06-1992 |
| | ESTIMATED TAX PENALTY 199152 | 1,251.00 | | 01-06-1992 |
| | LATE FILING PENALTY 199152 | 4,891.00 | | 01-06-1992 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 17247-612-90191-1  199152 | 19,563.00 | | 01-06-1992 |
| | INTEREST ASSESSED 199152 | 8,795.56 | | 01-06-1992 |
| 10-18-1991 | LEGAL SUIT PENDING | | | |
| 01-06-1992 | NEGLIGENCE PENALTY ABATED | | 978.00- | |
| 01-06-1992 | ESTIMATED TAX PENALTY ABATED | | 1,251.00- | |
| 01-06-1992 | LATE FILING PENALTY ABATED | | 4,891.00- | |
| 05-11-1992 | PRIOR TAX ABATED 17254-470-18283-2 | | 19,563.00- | |

FORM 4340   (REV. 01-2002)                PAGE    1

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

BUFORD F HOUCK                         EIN/SSN: ███████-7280
                                                ███████-7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1988
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 05-11-1992 | INTEREST ABATED | | 8,795.56- | |
| 08-06-1992 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| | QUICK ASSESSMENT 31251-217-13001-4 | 19,563.00 | | 08-05-1994 |
| | LATE FILING PENALTY 199436 | 4,891.00 | | 08-05-1994 |
| | ESTIMATED TAX PENALTY 199436 | 1,251.00 | | 08-05-1994 |
| | NEGLIGENCE PENALTY 199436 | 978.00 | | 08-05-1994 |
| | RESTRICTED INTEREST ASSESSED 199436 | 10,524.89 | | 08-05-1994 |
| 09-02-1994 | BANKRUPTCY SUIT PENDING | | | |
| 02-22-1995 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| | RESTRICTED INTEREST ASSESSED 199516 | 2,081.43 | | 05-01-1995 |

```
FORM 4340   (REV. 01-2002)            PAGE    2
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
BUFORD F HOUCK                                    EIN/SSN:  ▓▓▓▓▓-7280
                                                            ▓▓▓▓▓ 7553


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1988


                                        ASSESSMENT,     PAYMENT,       ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT         DATE (23C,
                                        (REVERSAL)      (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------
           ADDITIONAL TAX ASSESSED                      0.00           05-01-1995
           17254-479-18016-5   199516

06-16-1995 FEDERAL TAX LIEN

02-26-1996 LEGAL SUIT PENDING

           RESTRICTED INTEREST          5,653.82                       11-04-1996
           ASSESSED
           199643

           ADDITIONAL TAX ASSESSED                      0.00           11-04-1996
           17254-656-18021-6   199643

03-01-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

03-04-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

03-04-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

FORM 4340   (REV. 01-2002)                   PAGE    3
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BUFORD F HOUCK                         EIN/SSN:        -7280
                                                        7553

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1988

                                      ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS      CREDIT       DATE (23C,
                                      (REVERSAL)       (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------
08-25-2000 FEDERAL TAX LIEN

10-31-2001 LEGAL SUIT PENDING

05-12-2004 RECEIVED POA/TIA

01-06-1992 Statutory Notice of Balance Due

08-05-1994 Statutory Notice of Balance Due

03-20-1995 Statutory Notice of Intent to Levy

05-01-1995 Statutory Notice of Balance Due

09-16-1996 Statutory Notice of Intent to Levy

11-04-1996 Statutory Notice of Balance Due

FORM 4340   (REV. 01-2002)                       PAGE    4
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

BUFORD F HOUCK                                      EIN/SSN: ███-7280
                                                             ███-7553

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC 1988
------------------------------------------------------------------------

BALANCE          44,943.14

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: _[signature]_
PRINT NAME: Beverly S. Nadermann
TITLE: Operations Manager, Accounting Control/Services
DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

           ACCOUNT STATUS DATE 06/16/2004
FORM 4340   (REV. 01-2002)                        PAGE    5