# United States  of America

## Department of the Treasury
## Internal Revenue Service

Date: June 18, 2004

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:

Transcript is an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

Buford F. Houck



For tax period(s) December 31, 1994   Form 1040
Certification of Assessment and Payments consisting of 4 pages(s) under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Peggy A. Bogadi, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E    U.S. Government Printing Office: 2000 — 533-039/07196    Form **2866** (Rev. 09-97)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BUFORD F HOUCK                           EIN/SSN: ███████-7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 19,867.00 | | | |
| | TAXABLE INCOME 13,617.00 | | | |
| | SELF EMPLOYMENT TAX 2,890.00 | | | |
| 11-21-1996 | SUBSTITUTE FOR RETURN 17210-335-00044-6 | | 0.00 | 12-30-1996 |
| 08-16-1996 | LEGAL SUIT PENDING | | | |
| | ESTIMATED TAX PENALTY 199746 | | 256.03 | 11-24-1997 |
| | LATE FILING PENALTY 199746 | | 1,233.50 | 11-24-1997 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 17247-710-00093-7  199746 | | 4,934.00 | 11-24-1997 |
| 11-24-1997 | RENUMBERED RETURN 17247-710-00093-7 | | | |
| | INTEREST ASSESSED 199746 | | 1,630.34  – | 11-24-1997 |
| 03-01-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-04-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 03-04-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)                          PAGE    1

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BUFORD F HOUCK                              EIN/SSN: ███████-7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   1994

                                        ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                        (REVERSAL)       (REVERSAL)     RAC 006 )
---------------------------------------------------------------------------------
03-31-2000 FEDERAL TAX LIEN

08-25-2000 FEDERAL TAX LIEN

05-12-2004 RECEIVED POA/TIA

03-18-1996 Taxpayer Deliquency Notice

04-08-1996 Taxpayer Deliquency Notice

11-24-1997 Statutory Notice of Balance Due

FORM 4340  (REV. 01-2002)                         PAGE      2
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BUFORD F HOUCK                                    EIN/SSN: ████████-7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1994
-------------------------------------------------------------------------------

BALANCE            8,053.87

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME: Beverly S. Nadermann
TITLE: Operations Manager, Accounting Control/Services
DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

           ACCOUNT STATUS DATE 06/16/2004

FORM 4340   (REV. 01-2002)                        PAGE    3
```