**United States District Court**
**Southern District of Ohio**
**Western Division**

United States of America,

    Plaintiff,

                                      No. C-1-01-541
                                      (Beckwith, J.; Black, M.J.)

vs.

Buford F. Houck, et al.,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's motion for removal of exhibits 3 through 10 electronically filed with Plaintiff's motion for partial summary judgment (Doc. 57), and to re-file *Instanter* exhibits 3 through 10, which are redacted of social security numbers except for the last four digits. (Doc. 58). For good cause shown, Plaintiff's motion is **GRANTED**; and the Clerk is **ORDERED** to **STRIKE** Plaintiff's motion for partial summary judgment and all exhibits attached thereto (Doc. 57). Plaintiff is therefore **ORDERED** to **RE-FILE** its motion for partial summary judgment with all attachments and redacted exhibits.

    **SO ORDERED**.


Date: June 24, 2004                                     s/ Timothy S. Black
                                                              Timothy S. Black
                                                              United States Magistrate Judge