United States District Court
Southern District of Ohio
Western Division

United States of America,

    Plaintiff,

                                        No. C-1-01-541
                                        (Beckwith, J.; Black, M.J.)

vs.

Buford F. Houck, et al.,

    Defendants.

### CLARIFICATION ORDER

On June 24, 2004, a Notation Order signed by Judge Beckwith and an Order signed by Magistrate Judge Black were both filed with the Court granting Plaintiff's motion for removal of exhibits 3 through 10 electronically filed with Plaintiff's motion for partial summary judgment (Doc. 57), and instructing Plaintiff to re-file *Instanter* these same exhibits under seal. Judge Black's Order also instructed the Clerk to strike Plaintiff's motion for partial summary judgment and all attachments and exhibits. (Doc. 60).

Judge Black's Order (Doc. 60) is hereby **VACATED**, and Plaintiff is **ORDERED** to **RE-FILE** its motion for partial summary judgment with all attachments and exhibits in a manner consistent with Judge Beckwith's Notation Order. (Doc. 60)

    **SO ORDERED**.

Date: June 25, 2004                                    Timothy S. Black
                                                              Timothy S. Black
                                                              United States Magistrate Judge