IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CASE NO. C-1-01-541 |
| BUFORD F. HOUCK, et al., | ) | |
| | ) | Judge Beckwith |
| Defendants. | ) | |

**UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

The United States, by and through its undersigned counsel, upon the annexed Affidavit of Debt (prepared by Joan Flach, IRS Revenue Officer) and the Declaration of Alejandro L. Bertoldo, undersigned trial counsel, and the eight annexed Certificates of Assessment and Payments (Exs. 3-10), setting forth the defendant's unpaid assessed liabilities for federal income taxes for the years 1986, 1987, 1988, 1990, 1991, 1992, 1993, 1994, and on the ground that there is no genuine issue as to any material fact and that the United States is, as a matter of law, entitled to judgment against Buford Houck in the amount of the unpaid assessed liabilities plus

all accruals permitted by the internal revenue laws, moves this court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to grant summary judgment in favor of the United States.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney


    /s/ Alejandro L. Bertoldo
    ALEJANDRO L. BERTOLDO
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 55
    Ben Franklin Station
    Washington, D.C.  20044
    Telephone:  (202) 307-6019
    email: Alejandro.L.Bertoldo@usdoj.gov

## CERTIFICATE OF SERVICE

      It is hereby certified that a copy of the foregoing United States' Motion for Partial Summary Judgment was filed electronically on July 30, 2004.  Notice of this filing will be sent to all parties that have registered for electronic filing by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  Service was also made by U.S. Mail, postage prepaid, on the following parties:

```
STATE OF OHIO, DEPARTMENT OF TAXATION
          TAX COMMISSIONER OF OHIO
          30 East Broad Street, 22 Floor
          Columbus, OH 43215

FIRST FEDERAL SAVING & LOAN, ASSOC.
       415 Center Street
       Ironton, OH 45638

BUFORD F. HOUCK
       1739 Kevin Street
       Ironton, OH 45638

BETTY HOUCK
       1739 Kevin Street
       Ironton, OH 45638
```

                                                  /s/ Alejandro L. Bertoldo
                                                  ALEJANDRO L. BERTOLDO