IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BUFORD F. HOUCK, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. C-1-01-541 <br><br> Judge Beckwith |

DECLARATION OF ALEJANDRO L. BERTOLDO

Pursuant to the provisions of 28 U.S.C. section 1746, I declare, under penalty of perjury, that the foregoing is true and correct:

1. I am the trial attorney for the United States Department of Justice, Tax Division, assigned to represent the United States in this matter.

2. Government Exhibits 3-10 are true and accurate copies of Certified Transcripts of Assessments and Payments for Buford F. Houck for the tax years 1986, 1987, 1988, 1990, 1991, 1992, 1993 and 1994, respectively

Date: July 30, 2004

/s/ Alejandro L. Bertoldo
ALEJANDRO L. BERTOLDO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6019

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing Declaration of Alejandro L. Bertoldo was filed electronically on July 30, 2004. Notice of this filing will be sent to all parties that have registered for electronic filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Service was also made by U.S. Mail, postage prepaid, on the following parties:

```
STATE OF OHIO, DEPARTMENT OF TAXATION
          TAX COMMISSIONER OF OHIO
          30 East Broad Street, 22 Floor
          Columbus, OH 43215

FIRST FEDERAL SAVING & LOAN, ASSOC.
       415 Center Street
       Ironton, OH 45638

BUFORD F. HOUCK
       1739 Kevin Street
       Ironton, OH 45638

BETTY HOUCK
       1739 Kevin Street
       Ironton, OH 45638
```

/s/ Alejandro L. Bertoldo
ALEJANDRO L. BERTOLDO