IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA, )
    Plaintiff )
) CASE NO. C-1-01-541
v. )
)
BUFORD F. HOUCK, ET AL )
    Defendant, )

### AFFIDAVIT OF DEBT

STATE OF OHIO:
    ss. CINCINNATI    DATE:
COUNTY OF HAMILTON:    June 16, 2004

Joan Flach, being duly sworn, deposes and says:

1. That I am a representative of the Internal Revenue Service (IRS) as a Revenue Officer Advisor, with a post of duty at 550 Main Street, Cincinnati, Ohio, and I have knowledge of the outstanding tax liability of Buford F. Houck, and I am authorized to make this affidavit.

2. I have custody of and have examined the records of the IRS with respect to Buford F. Houck. These records indicate that Buford F. Houck remains indebted to the United States for Individual Income Taxes for the periods ending December 31, 1986, December 31, 1987, December 31, 1988, December 31, 1990, December 31, 1991, December 31, 1992 December 31, 1993, and December 31, 1994. As of September 22, 2003, the amounts owed for each of these periods are as follows:

| Tax Type | Tax Period | Amount Assessed | Accruals | Balance Due 06/21/2004 |
|---|---|---|---|---|
| 1040 | 12-31-1986 | $2,261.69 | $58,776.07 | $61,037.76 |
| 1040 | 12-31-1987 | $44,636.97 | $40,104.37 | $84,741.34 |
| 1040 | 12-31-1988 | $44,943.14 | $39,384.98 | $84,328.12 |
| 1040 | 12-31-1990 | $41,688.75 | $42,955.61 | $84,644.36 |
| 1040 | 12-31-1991 | $31,861.56 | $29,408.33 | $61,269.89 |
| 1040 | 12-31-1992 | $37,466.05 | $35,008.87 | $72,474.92 |
| 1040 | 12-31-1993 | $16,752.14 | $15,832.00 | $32,584.14 |
| 1040 | 12-31-1994 | $ 8,053.87 | $ 5,971.30 | $14,025.17 |

The unpaid balance of assessments plus accrued interest and penalty total $410,777.58, as of June 21, 2004.

I, Joan Flach, declare under penalty of perjury that the foregoing is true and correct.

Executed at <u>Cincinnati, Ohio</u>   on the <u>16th</u> day of <u>June, 2004.</u>

*(signature)*
Joan Flach
Revenue Officer, Advisor
Technical Services (Collection)

Subscribed and sworn to me this 16th day of June, 2004.

*(signature)*
Notary Public

My Commission Expires_____

TIMOTHY R. CASEY
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 09-22-04