# United States  of America

## Department of the Treasury
## Internal Revenue Service

Date: June 18, 2004

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:

Transcript is an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

Buford F. Houck

GOVERNMENT EXHIBIT 6

For tax period(s) December 31, 1990   Form 1040
Certification of Assessment and Payments consisting of 5 pages(s) under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Peggy A. Bogadi, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E    U.S. Government Printing Office: 2000 — 533-039/07196    Form **2866** (Rev. 09-97)

```
      CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------
BUFORD F HOUCK                           EIN/SSN: ███████7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1990
                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------
           ADJUSTED GROSS INCOME
                 70,287.00

           TAXABLE INCOME
                 65,512.00

           SELF EMPLOYMENT TAX
                  6,131.00

08-01-1995 SUBSTITUTE FOR RETURN                         0.00          08-28-1995
           17210-217-00003-5

10-18-1991 LEGAL SUIT PENDING

08-06-1992 LEGAL/BANKRUPTCY SUIT NO
           LONGER PENDING

09-02-1994 BANKRUPTCY SUIT PENDING

02-22-1995 LEGAL/BANKRUPTCY SUIT NO
           LONGER PENDING

           ADDITIONAL TAX ASSESSED                       0.00          10-16-1995
           BY EXAMINATION
           AUDIT, CLOSED TO APPEALS
           PRIOR TO 90 DAY LETTER
           17247-670-10011-5   199540

           ESTIMATED TAX PENALTY                         1,120.00      08-05-1996
           199630

           LATE FILING PENALTY                           5,920.00      08-05-1996
           199630

           ADDITIONAL TAX ASSESSED                       23,681.00     08-05-1996
           BY EXAMINATION
           AGREED AUDIT DEFICIENCY
           PRIOR TO 30 OR 60 DAY
           LETTER
           17247-597-70003-6   199630

08-05-1996 RENUMBERED RETURN
           17247-597-70003-6

FORM 4340   (REV. 01-2002)                PAGE    1
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BUFORD F HOUCK                              EIN/SSN: ███████7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1990


                                      ASSESSMENT,    PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT        DATE (23C,
                                       (REVERSAL)    (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------
           INTEREST ASSESSED                         16,467.85      08-05-1996
           199630

08-16-1996 LEGAL SUIT PENDING

03-01-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

03-04-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

03-04-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

03-04-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

03-31-2000 FEDERAL TAX LIEN

05-01-2000 FEES AND COLLECTION COSTS                      8.00

08-25-2000 FEDERAL TAX LIEN

02-06-2004 SUBSEQUENT PAYMENT                           334.39
           LEVY

FORM 4340  (REV. 01-2002)             PAGE    2
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BUFORD F HOUCK                           EIN/SSN:  ███████7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1990

                                         ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS      CREDIT        DATE (23C,
                                         (REVERSAL)        (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
03-16-2004   SUBSEQUENT PAYMENT                            1,372.00
             LEVY

04-01-2004   SUBSEQUENT PAYMENT                              325.33
             LEVY

04-13-2004   SUBSEQUENT PAYMENT                            1,372.00
             LEVY

05-07-2004   SUBSEQUENT PAYMENT                              401.58
             LEVY

05-07-2004   SUBSEQUENT PAYMENT                               58.13
             LEVY

05-12-2004   RECEIVED POA/TIA

05-14-2004   SUBSEQUENT PAYMENT                            1,372.00
             LEVY

02-08-1993   Taxpayer Deliquency Notice

03-01-1993   Taxpayer Deliquency Notice

08-05-1996   Statutory Notice of Balance Due


FORM 4340   (REV. 01-2002)                        PAGE   3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BUFORD F HOUCK                                          EIN/SSN: ███████-7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC  1990
--------------------------------------------------------------------------------

BALANCE          41,961.42

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
--------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME: Beverly S. Nadermann
TITLE: Operations Manager, Accounting Control/Services
DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 06/16/2004

FORM 4340  (REV. 01-2002)                      PAGE    4