# United States  of America

**Department of the Treasury**

**Internal Revenue Service**

Date:
June 18, 2004

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:

Transcript is an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified.  It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification.  It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

Buford F. Houck

> GOVERNMENT
> EXHIBIT
> 7

For tax period(s)  December 31, 1991    Form  1040
Certification of Assessment and Payments consisting of 4 pages(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Peggy A. Bogadi, Field Director
Cincinnati Submission Processing Center

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

BUFORD F HOUCK                        EIN/SSN: ████████7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1991

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 53,915.00 | | | |
| | TAXABLE INCOME 48,265.00 | | | |
| | SELF EMPLOYMENT TAX 5,956.00 | | | |
| 08-01-1995 | SUBSTITUTE FOR RETURN 17210-217-00002-5 | 0.00 | | 08-28-1995 |
| 09-02-1994 | BANKRUPTCY SUIT PENDING | | | |
| 02-22-1995 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT, CLOSED TO APPEALS PRIOR TO 90 DAY LETTER 17247-670-10012-5   199540 | 0.00 | | 10-16-1995 |
| | ESTIMATED TAX PENALTY 199630 | 997.00 | | 08-05-1996 |
| | LATE FILING PENALTY 199630 | 4,370.00 | | 08-05-1996 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 17247-597-70002-6   199630 | 17,479.00 | | 08-05-1996 |
| 08-05-1996 | RENUMBERED RETURN 17247-597-70002-6 | | | |
| | INTEREST ASSESSED 199630 | 9,015.56 | | 08-05-1996 |
| 08-16-1996 | LEGAL SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)                PAGE    1

```
    CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

BUFORD F HOUCK                        EIN/SSN: ▇▇▇▇▇▇-7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1991
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 03-01-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-04-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 03-04-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-31-2000 | FEDERAL TAX LIEN | | | |
| 08-25-2000 | FEDERAL TAX LIEN | | | |
| 05-12-2004 | RECEIVED POA/TIA | | | |
| 08-05-1996 | Statutory Notice of Balance Due | | | |

```
FORM 4340  (REV. 01-2002)              PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

-------------------------------------------------------------------------

BUFORD F HOUCK                          EIN/SSN: ██████ 7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1991
-------------------------------------------------------------------------


BALANCE        31,861.56

-------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Beverly S. Nadermann_

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 06/16/2004

FORM 4340  (REV. 01-2002)              PAGE    3