# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: June 18, 2004

CERTIFICATE OF OFFICIAL RECORD


GOVERNMENT EXHIBIT
8

I certify that the annexed:

Transcript is an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

Buford F. Houck

For tax period(s) December 31, 1992    Form 1040
Certification of Assessment and Payments consisting of 4 pages(s) under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*
Peggy A. Bogadi, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E    U.S. Government Printing Office: 2000 — 533-039/07196    Form **2866** (Rev. 09-97)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BUFORD F HOUCK                          EIN/SSN: ███████7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1992
                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
           ADJUSTED GROSS INCOME
                 74,642.00

           TAXABLE INCOME
                 68,642.00

           SELF EMPLOYMENT TAX
                  4,965.00

08-01-1995 SUBSTITUTE FOR RETURN                         0.00          08-28-1995
           17210-217-00001-5

09-02-1994 BANKRUPTCY SUIT PENDING

02-22-1995 LEGAL/BANKRUPTCY SUIT NO
           LONGER PENDING

           ADDITIONAL TAX ASSESSED                       0.00          10-16-1995
           BY EXAMINATION
           AUDIT, CLOSED TO APPEALS
           PRIOR TO 90 DAY LETTER
           17247-670-10013-5   199540

           ESTIMATED TAX PENALTY         973.00                        08-05-1996
           199630

           LATE FILING PENALTY         5,566.00                        08-05-1996
           199630

           ADDITIONAL TAX ASSESSED    22,264.00                        08-05-1996
           BY EXAMINATION
           AGREED AUDIT DEFICIENCY
           PRIOR TO 30 OR 60 DAY
           LETTER
           17247-597-70001-6   199630

08-05-1996 RENUMBERED RETURN
           17247-597-70001-6

           INTEREST ASSESSED           8,663.05                        08-05-1996
           199630

08-16-1996 LEGAL SUIT PENDING

FORM 4340  (REV. 01-2002)                      PAGE    1
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BUFORD F HOUCK                                      EIN/SSN:         -7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC  1992


                                        ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                        (REVERSAL)       (REVERSAL)     RAC 006 )
--------------------------------------------------------------------------------

03-01-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

03-04-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

03-04-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

03-31-2000 FEDERAL TAX LIEN

08-25-2000 FEDERAL TAX LIEN

05-12-2004 RECEIVED POA/TIA

04-25-1994 Taxpayer Deliquency Notice

05-16-1994 Taxpayer Deliquency Notice

08-05-1996 Statutory Notice of Balance Due


FORM 4340   (REV. 01-2002)              PAGE     2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------

BUFORD F HOUCK                                    EIN/SSN: ███████-7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1992
----------------------------------------------------------------

BALANCE          37,466.05

----------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
----------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _[signature]_____
PRINT NAME: Beverly S. Nadermann
TITLE: Operations Manager, Accounting Control/Services
DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 06/16/2004

FORM 4340  (REV. 01-2002)                         PAGE     3