

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: June 18, 2004

CERTIFICATE OF OFFICIAL RECORD



GOVERNMENT EXHIBIT

I certify that the annexed:

Transcript is an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

Buford F. Houck

For tax period(s) December 31, 1993    Form 1040
Certification of Assessment and Payments consisting of 4 pages(s) under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Peggy A. Bogadi, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E    *U.S. Government Printing Office: 2000 — 533-039/07196    Form **2866** (Rev. 09-97)

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

BUFORD F HOUCK                          EIN/SSN: ██████7280



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1993

                                         ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE       EXPLANATION OF TRANSACTION    OTHER DEBITS     CREDIT         DATE (23C,
                                         (REVERSAL)       (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                   37,376.00

           TAXABLE INCOME
                   31,226.00

           SELF EMPLOYMENT TAX
                    4,324.00

08-01-1995 SUBSTITUTE FOR RETURN                          0.00           09-18-1995
           17210-217-00000-5

09-02-1994 BANKRUPTCY SUIT PENDING

02-22-1995 LEGAL/BANKRUPTCY SUIT NO
           LONGER PENDING

           ADDITIONAL TAX ASSESSED                        0.00           10-16-1995
           BY EXAMINATION
           AUDIT, CLOSED TO APPEALS
           PRIOR TO 90 DAY LETTER
           17247-670-10014-5   199540

           ESTIMATED TAX PENALTY                          447.00         08-05-1996
           199630

           LATE FILING PENALTY                            2,667.00       08-05-1996
           199630

           ADDITIONAL TAX ASSESSED                        10,669.00  —   08-05-1996
           BY EXAMINATION
           AGREED AUDIT DEFICIENCY
           PRIOR TO 30 OR 60 DAY
           LETTER
           17247-597-70004-6   199630

08-05-1996 RENUMBERED RETURN
           17247-597-70004-6

           INTEREST ASSESSED                              2,969.14       08-05-1996
           199630

08-16-1996 LEGAL SUIT PENDING

FORM 4340   (REV. 01-2002)                    PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

BUFORD F HOUCK                          EIN/SSN: ▇▇▇▇-7280

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 03-01-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-04-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 03-04-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-31-2000 | FEDERAL TAX LIEN | | | |
| 08-25-2000 | FEDERAL TAX LIEN | | | |
| 05-12-2004 | RECEIVED POA/TIA | | | |
| 08-05-1996 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                         PAGE    2

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BUFORD F HOUCK                                    EIN/SSN: ███████-7280



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1993
-------------------------------------------------------------------------------

BALANCE         16,752.14

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME: Beverly S. Nadermann
TITLE: Operations Manager, Accounting Control/Services
DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 06/16/2004

FORM 4340   (REV. 01-2002)                         PAGE     3
```