

**United States         of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: June 18, 2004

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:

Transcript is an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

Buford F. Houck


GOVERNMENT EXHIBIT 10

For tax period(s) December 31, 1994    Form 1040
Certification of Assessment and Payments consisting of 4 pages(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Peggy A. Bogadi, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E        U.S. Government Printing Office: 2000 — 533-039/07196        Form **2866** (Rev. 09-97)

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BUFORD F HOUCK                              EIN/SSN: ███████-7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1994
                                         ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT       DATE (23C,
                                         (REVERSAL)       (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                  19,867.00

            TAXABLE INCOME
                  13,617.00

            SELF EMPLOYMENT TAX
                   2,890.00

11-21-1996  SUBSTITUTE FOR RETURN                             0.00     12-30-1996
            17210-335-00044-6

08-16-1996  LEGAL SUIT PENDING

            ESTIMATED TAX PENALTY            256.03                    11-24-1997
            199746

            LATE FILING PENALTY            1,233.50                    11-24-1997
            199746

            ADDITIONAL TAX ASSESSED        4,934.00                    11-24-1997
            BY EXAMINATION
            AUDIT DEFICIENCY PER
            DEFAULT OF 90 DAY LETTER
            17247-710-00093-7  199746

11-24-1997  RENUMBERED RETURN
            17247-710-00093-7

            INTEREST ASSESSED              1,630.34  -                 11-24-1997
            199746

03-01-1999  INTENT TO LEVY COLLECTION
              DUE PROCESS NOTICE
              LEVY NOTICE ISSUED

03-04-1999  INTENT TO LEVY COLLECTION
              DUE PROCESS NOTICE
              RETURN RECEIPT SIGNED

03-04-1999  INTENT TO LEVY COLLECTION
              DUE PROCESS NOTICE
              LEVY NOTICE ISSUED

FORM 4340   (REV. 01-2002)                   PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

BUFORD F HOUCK                                    EIN/SSN: ▮▮▮-▮▮-7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| 03-31-2000 | FEDERAL TAX LIEN | | | |
| 08-25-2000 | FEDERAL TAX LIEN | | | |
| 05-12-2004 | RECEIVED POA/TIA | | | |
| 03-18-1996 | Taxpayer Deliquency Notice | | | |
| 04-08-1996 | Taxpayer Deliquency Notice | | | |
| 11-24-1997 | Statutory Notice of Balance Due | | | |

FORM 4340   (REV. 01-2002)                    PAGE    2

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

BUFORD F HOUCK                                    EIN/SSN: ███████-7280


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1994
---------------------------------------------------------------------------------

BALANCE          8,053.87

---------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------[signature]-----------------------------
SIGNATURE OF CERTIFYING OFFICER:
PRINT NAME: Beverly S. Nadermann
TITLE: Operations Manager, Accounting Control/Services
DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 06/16/2004

FORM 4340  (REV. 01-2002)                          PAGE    3
```