**United States District Court**
**Southern District of Ohio**
**Western Division**

UNITED STATES OF AMERICA,

      Plaintiff,

                                  Case No.  1:01-cv-541

vs.                                  Beckwith, J.
                                  Black, M.J.

BUFORD HOUCK, *et al.*,

      Defendants.

**ORDER TO SHOW CAUSE**

On July 30, 2004, Plaintiff filed a motion for partial summary judgment pursuant

to Fed. R. Civ. P. 56.  (*See* Doc. 62).  Under S.D.Ohio Civ. R. 7.2(a)(2), an opposition

memorandum "shall be served and filed within twenty-one (21) days from the date of

service set forth in the certificate of service attached to the Motion."  No opposition

memorandum has yet been filed in this case, even though more than twenty-one days

have passed since the service date referenced in the motion.

Defendants, therefore, are **ORDERED TO SHOW CAUSE,** in writing and within

**FIFTEEN DAYS** of the filing date of this Order, why Plaintiff's motion for partial

summary judgment should not be granted for the reasons stated in Plaintiff's motion.  *See*

*Guarino v. Brookfield Township Trustees,* 980 F.2d 399, 404-05 (6th Cir. 1992) (holding

that a district court properly relies upon the facts provided by a moving party when a

motion for summary judgment goes unopposed).  Defendants' failure to respond

satisfactorily to this Order may also result in a dismissal of this action for failure to

prosecute.  *See also Link v. Wabash R.R.,* 370 U.S. 626, 630-31 (1962) (districts courts

have the inherent power to *sua sponte* dismiss civil actions for want of prosecution);

*Walker v. Dallman*, No. 92-3817, 1993 WL 57381 (6th Cir. Mar. 4, 1993) (same).


**SO ORDERED.**


**DATE:  September 1, 2004**                          s/ Timothy S. Black
                                                      Timothy S. Black
                                                      United States Magistrate Judge