IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | CASE NO. C-1-01-541 |
| BUFORD F. HOUCK, et al., ) | |
| ) | Judge Michael H. Watson |
| Defendants. ) | |
| _____) | |

STATUS REPORT

1. Nature of the Case: The United States alleges that the defendant Buford F. Houck, who appears pro se in this matter, has not filed a personal income tax return with the Internal Revenue Service (IRS) since 1986. Subsequent to an audit examination in 1997, the Internal Revenue Service (IRS) made assessments against the defendant Buford F. Houck (Houck), for federal income taxes for the years 1985, 1986, 1987, 1988, 1990, 1991, 1992, 1993 and 1994.[1] Houck is indebted to the United States in the total amount of $410,777.58, including interest and penalties, as of June 21, 2004, plus statutory interest that continues to accrue. In the United States' complaint, it seeks to reduce assessments to judgment and to foreclose on certain real property in which Houck has interest. On July 30, 2004, the United States filed a Motion for Partial Summary Judgment to reduce the assessments to judgment. On October 5, 2004, Magistrate Judge Black recommended that the United States' motion be granted. The issue of foreclosure on the real property remains for trial.

2. Efforts to Settle: None

---

[1] Tax year 1985 is not at issue in this suit and has been fully paid.

3.     Scheduled dates for:

    (a) discovery cut-off: October 22, 2004.

    (b) dispositive motions deadline: November 22, 2004

    (c) settlement conference: to be determined

    (d) final pre-trial: to be determined.

    (e) trial: to be determined.

4.     Other matters: none.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    /s/ Alejandro L. Bertoldo
    ALEJANDRO L. BERTOLDO
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 55
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6019
    email: Alejandro.L.Bertoldo@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing *Status Report* was filed electronically on October 21, 2004. Notice of this filing will be sent to all parties that have registered for electronic filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Service was also made by U.S. Mail, postage prepaid, on the following parties:

```
STATE OF OHIO, DEPARTMENT OF TAXATION
        TAX COMMISSIONER OF OHIO
        30 East Broad Street, 22 Floor
        Columbus, OH 43215

FIRST FEDERAL SAVING & LOAN, ASSOC.
        415 Center Street
        Ironton, OH 45638

BUFORD F. HOUCK
        1739 Kevin Street
        Ironton, OH 45638

BETTY HOUCK
        1739 Kevin Street
        Ironton, OH 45638
```

/s/ Alejandro L. Bertoldo
ALEJANDRO L. BERTOLDO