October 22, 2004

KENNETH J. MURPHY, dba: EXECUTIVE OFFICER/CLERK
U. S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
U. S. Courthouse
100 East Fifth Street
Cincinnati, Ohio   45202

1:01cv541

## NOTICE

George Beck, Revenue Officer, my Fiduciary has already been instructed to settle and close this account/matter without controversy.

*[signature: Buford Franklin Houck]*
Buford Franklin Houck, Intervener, By My Hand
c/o: 1739 Kevin Street
Ironton, Ohio   [45638]

## WITNESS OF MAILING

I, _Leonard Ervin Poff_, hereby certify that the following parties were mailed copies of the attached document(s): **RE: NOTICE**, on *+ Notice of Electronic Filing*

_10-22_, 2004, by Certified U. S. Mail, Return Receipt, Postage Prepaid.

*[signature: Leonard Ervin Poff]*
Witness of Mailing

Page 1 of 2

```
MIME-Version:1.0
From:cmecfhelpdesk@ohsd.uscourts.gov
To:ecf.notification@ohsd.uscourts.gov
Bcc:alejandro.l.bertoldo@usdoj.gov,dorothy_gass@ohsd.uscourts.gov,karen_waldrop@ohsd
Message-Id:<406793@ohsd.uscourts.gov>
Subject:Activity in Case 1:01-cv-00541-MHW-TSB USA v. Houck, et al "Order"
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS***You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from mhw2, entered on 10/14/2004 at 2:35 PM EDT and filed on 10/14/2004
**Case Name:**　　USA v. Houck, et al
**Case Number:**　　1:01-cv-541
**Filer:**
**Document Number:** 65

**Docket Text:**
ORDER to file status report. Signed by Judge Michael H. Watson on 10/14/2004. (mhw2, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=10/14/2004] [FileNumber=406791-0
] [62dbc1ae8033866444bcf1fbcc680900387252e6405318325c4529b6be944be4e0d
a6f66e6967f7775a3d848decdca8935df25c1d3fac89af5a9d752a3e8befc]]

**1:01-cv-541 Notice will be electronically mailed to:**

Alejandro L Bertoldo　　alejandro.l.bertoldo@usdoj.gov, northern.taxcivil@usdoj.gov

Lara E Ewens　　lara.ewens@usdoj.gov

Jan Martin Holtzman　　jan.holtzman@usdoj.gov,
karen.kruetzkamp@usdoj.gov;maryjo.massie@usdoj.gov;civ.ecfohscin@usdoj.gov

**1:01-cv-541 Notice will not be electronically mailed to:**

Ben Houck Estates
1739 Kevin Street

Ironton, OH 45638

William L Comer
1739 Kevin Street
Ironton, OH 45638

Barbara E Houck
1739 Kevin Street
Ironton, OH 45638

Brent D Houck
1739 Kevin Street
Ironton, OH 45638

Buford F Houck
c/o 1739 Kevin Street
Ironton, OH 45638

Liberty Trust
P.O. Box 789
Ironton, OH 45638

OH Canada Trust
P.O. Box 789
Ironton, OH 45638

Brenda C Shively
1739 Kevin Street
Ironton, OH 45638

Kevin Jay Waldo
Waldo Law Office - 1
413 Center Street
Ironton, OH 45638

ACCEPTED FOR VALUE, RETURNED FOR VALUE FOR SETTLEMENT AND CLOSURE BY WAY OF THE EXEMPTION AS CONSIDERATION AS GOOD AS AVAL X Buford F Franklin Houck
DATE 10-22-2004
EMPLOYER ID# 2-88267280

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: Status Report for Cases Transferred
to the Docket of the Honorable Michael H. Watson
for the following cases:

| Case Number | Case Name |
|---|---|
| 1:00-cv-637 | USA v. Green |
| 1:00-cv-766 | Parker v. Aventis |
| 1:00-cv-961 | Ngo v. City of Cincinnati |
| 1:01-cv-378 | Brantley v. Cinergy Corp |
| 1:01-cv-459 | Sayyah v. Waynoka |
| 1:01-cv-541 | USA v. Houck |
| 1:01-cv-599 | Lentz v. Cincinnati Ins. |
| 1:01-cv-639 | Sanders v. Hill |
| 1:01-cv-648 | Noble Intl Ltd v. Bratt Enterprises |
| 1:01-cv-747 | Worldwide Equipment v. Miller Industries |
| 1:01-cv-901 | Szabo v. Robert Pierce & Assoc |
| 1:02-cv-50 | Marx v. Janke |
| 1:02-cv-164 | Rivet v. Ford Motor Co |
| 1:02-cv-179 | Gallant v. Coolant Control |
| 1:02-cv-240 | Ohio Med Instrument v. Pro Med Instruments |
| 1:02-cv-269 | Contech Construction v. Zurich |
| 1:02-cv-311 | McGuire v. Barnhart |
| 1:02-cv-326 | USA v. Ames |
| 1:02-cv-330 | Toliver v. Bchmann |
| 1:02-cv-355 | Anderson v. Avon |
| 1:02-cv-357 | O'Neal v. Bagley |
| 1:02-cv-378 | Samuels v. Hoog |
| 1:02-cv-479 | Jefferson-Pilot Life Ins. v. Kearney |
| 1:02-cv-554 | Miller v. Sprague |
| 1:02-cv-557 | O'Cull v. Deerfield |
| 1:02-cv-663 | Caudill v. Owen |
| 1:02-cv-714 | Paradise Farms v. Chiquita Frupac |
| 1:02-cv-722 | Fossyl v. Watson |
| 1:02-cv-751 | Tackett v. Song |
| 1:02-cv-766 | Broach v. Cincinnati |
| 1:02-cv-836 | Taylor v. Streicher |
| 1:02-cv-837 | Sosby v. Miller Brewing Co |
| 1:02-cv-847 | Ohio Natl Life Ins v. Orbitex |
| 1:02-cv-850 | Moore v. Erwin |
| 1:02-cv-853 | Mohammed v. Penske |
| 1:02-cv-857 | In re Broadwing, ERISA Litigation |
| 1:02-cv-900 | Celsis v. Incorp. |

| | |
|---|---|
| 1:02-cv-932 | Howard v. Xerox Corp |
| 1:03-cv-55 | Buckhorn v. Rehrig Pacific |
| 1:03-cv-80 | Williams v. Mortgage Loan |
| 1:03-cv-86 | Cundiff v. Mueller |
| 1:03-cv-91 | Financial Fed Credit v. Vertex Commercial |
| 1:03-cv-96 | USA v. Graham |
| 1:03-cv-116 | Cupp v. Fluor Fernald |
| 1:03-cv-117 | Brennan v. Fluor Fernald |
| 1:03-cv-118 | Fitzgerald v. Fluor Fernald |
| 1:03-cv-119 | Gray v. City of Cincinnati |
| 1:03-cv-165 | Merzin v. Provident Financial Group |
| 1:03-cv-166 | Waldbaum v. Provident Financial Group |
| 1:03-cv-169 | Harmon v. Grizzel |
| 1:03-cv-171 | Todd v. Carter |
| 1:03-cv-175 | River Hills Anesthes v. Comprehensive Anesth |
| 1:03-cv-177 | McKay v. Provident Financial Group |
| 1:03-cv-214 | Nicci v. Hoverson |
| 1:03-cv-222 | Osterday v. Norwood |
| 1:03-cv-229 | Koot v. Provident Financial Group |
| 1:03-cv-237 | Kennedy v. Clermont |
| 1:03-cv-240 | Spitz v. Provident Financial Group |
| 1:03-cv-250 | Darnell v. McGinnis |
| 1:03-cv-252 | Hutchens v. Waldman & Reid |
| 1:03-cv-268 | Lee v. Fluor Fernald |
| 1:03-cv-276 | Shotten v. Sara Leen Corp |
| 1:03-cv-290 | Iran v. Provident Financial Group |
| 1:03-cv-295 | Rodgers v. Cincinnati Reds |
| 1:03-cv-306 | USA ex rel Shamim Inc v. Ford Motor Co |
| 1:03-cv-315 | Silverback Master Ltd. v. Provident Financial |
| 1:03-cv-334 | Steinhoue v. Comfort Systems |
| 1:03-cv-360 | Breech v. Scioto Cty Reg Water |
| 1:03-cv-373 | Kirkland v. Potter |
| 1:03-cv-383 | Strong v. U-Haul Co of Mass. |
| 1:03-cv-384 | Swegles v. U-Haul Co of Mass. |
| 1:03-cv-403 | Tribble v. Graham, et al. |
| 1:03-cv-406 | Armco Emp Ind Fed v. AK Steel Corp |
| 1:03-cv-447 | Hester v. Union Central Life |
| 1:03-cv-452 | Gamble v. Ohio Dept of Jobs |
| 1:03-cv-471 | Proffitt v. AK Steel Corp |
| 1:03-cv-490 | Jones v. Brigano |
| 1:03-cv-495 | Conley v. Bancorp |
| 1:03-cv-533 | McMillin v. Faith Properties |
| 1:03-cv-546 | Multi-Color Corp v. American Fuji Seal |
| 1:03-cv-553 | Road Sprinkler Fitte v. Casco Fire Protection |
| 1:03-cv-554 | Storm v. Sabre Group |
| 1:03-cv-583 | Hensley v. Mercy Franciscan |

| Case Number | Case Name |
|---|---|
| 1:03-cv- 584 | Keeper Co v. Chambers |
| 1:03-cv-649 | Worthington v. CDW Corp |
| 1:03-cv-651 | Crutchfield v. Ohio Conference |
| 1:03-cv-662 | EEOC v. Jeff Wyler Chevy |
| 1:03-cv- 689 | Donaldson v. Denny |
| 1:03-cv- 703 | Hawes v. University of Cincinnati |
| 1:03-cv- 724 | Quest Comm Corp v. Connect Link |
| 1:03-cv- 731 | City of Cincinnati v. USA |
| 1:03-cv- 754 | Message Factors v. McGinnis |
| 1:03-cv-757 | Torque Inc v. Torque Control Inc |
| 1:03-cv- 787 | Vaughn v. Hitachi |
| 1:03-cv- 789 | Johnson v. Rector Molded Products |
| 1:03-cv- 793 | UNICARE Life & Health Ins v. Myers |
| 1:03-cv- 798 | Colley v. Dialysis Clinic |
| 1:03-cv- 817 | Lumbermens Mutual v. Dayle Montgomery |
| 1:03-cv- 843 | Fidelity Underwriters v. Nationwide Tanks |
| 1:03-cv- 852 | Burnam v. Howard |
| 1:03-cv- 856 | Harbison v. Hartford Life & Accident |
| 1:03-cv- 866 | Lucy v. Heis |
| 1:03-cv- 871 | Brand v. USA |
| 1:03-cv- 875 | Becker v. Rapidigm |
| 1:03-cv- 890 | Steers v. UNUM Provident Corp |
| 1:03-cv-898 | Stanifer v. Smart Papers LLC |
| 1:03-cv- 900 | Leonard v. Freeman |
| 1:03-cv- 922 | US Bank National Assoc v. Reily |
| 1:03-cv- 923 | Simms v. Miller Brewing |
| 1:03-cv- 925 | Info-Hold Inc v. Sound Merch |
| 1:03-cv- 929 | Davis v. Cincinnati |
| 1:04-cv-3 | Storopack v. Free Flow Packaging |
| 1:04-cv-20 | AEP v. Nester |
| 1:04-cv-25 | Cincom Systems Inc. v. Quantum Corporation |
| 1:04-cv-34 | Rachel v. Leis |
| 1:04-cv-35 | Barret v. Ohio |
| 1:04-cv-37 | Holler v. Hartford Ins |
| 1:04-cv-65 | Schell v. Janssen Pharmaceutical |
| 1:04-cv-68 | SST Materials v. Genchem GMBH |
| 1:04-cv-80 | Farmer v. Cincinnati |
| 1:04-cv-81 | Tucker v. Stayton |
| 1:04-cv-84 | Higgins v. Jeff Wyler Eastgate |
| 1:04-cv-88 | Halsell v. Minafee |
| 1:04-cv-97 | Collins v. ODRC |
| 1:04-cv-100 | McClure v. Ohio |
| 1:04-cv-118 | Snyder v. Scudder Private Investment |
| 1:04-cv-145 | Monfort Supply v. Board of Zoning Appeals |
| 1:04-cv-148 | Procter & Gamble Co. v. Blue Cross Labs |
| 1:04-cv-157 | Cochrun v. Freeson |

| | |
|---|---|
| 1:04-cv-169 | Dale v. Lake |
| 1:04-cv-170 | Brackett v. Lake |
| 1:04-cv-173 | KOST USA v. Old World Industries |
| 1:04-cv-176 | Lawson v. Cincinnati |
| 1:04-cv-178 | Pisces by OPW v. Advanced Polymer Tech |
| 1:04-cv-179 | Murphy v. Global Ground Support LLC |
| 1:04-cv-190 | Kennedy v. Anthem |
| 1:04-cv-192 | Cincinnati Bell v. Cincinnati |
| 1:04-cv-227 | Steel Service v. Count Comm Hamilton Co |
| 1:04-cv-235 | American Telemarketing v Heidel |
| 1:04-cv-236 | Simmons v. US Playing Card Co |
| 1:04-cv-243 | Bailey v. Hempen |
| 1:04-cv-255 | Directors Local Union 212 v. Arthur Electric Co |
| 1:04-cv-256 | Haley v. UNUM Life Ins |
| 1:04-cv-257 | Hoffman v. Werb |
| 1:04-cv-262 | November v. Baxter |
| 1:04-cv-268 | Free Flow Packaging v. Storopack Inc |
| 1:04-cv-272 | Dinvalds v. Postal Service |
| 1:04-cv-279 | Hendricks v. Dept HHS |
| 1:04-cv-290 | Dinvalds v. Postal Services |
| 1:04-cv-295 | Fiorini v. USA |
| 1:04-cv-296 | Jordon v. Thomas and Thomas |
| 1:04-cv-305 | USA v. Everitt |
| 1:04-cv-308 | USA v. Higgs |
| 1:04-cv-309 | Anderson v. CentiFone |
| 1:04-cv-310 | Trombley v. Kanche Intl |
| 1:04-cv-323 | Felsoci v. Discover Card |
| 1:04-cv-339 | Free Flow Packaging v. Ideepak |
| 1:04-cv-347 | Karlage v. Olvey |
| 1:04-cv-364 | Arville v. Dept HHS |
| 1:04-cv-373 | Lake v. Leis |
| 1:04-cv-396 | Mesto Paper Karlstad AB v. Valco Cincinnati |
| 1:04-cv-403 | Williams v. Warden |
| 1:04-cv-415 | Guy v. Sears Roebuck |
| 1:04-cv-416 | Rohr Corp. v. Supreme Manufacturing |
| 1:04-cv-420 | Hendricks v. Home Depot |
| 1:04-cv-433 | McClure v. Fischer Homes |
| 1:04-cv-442 | Sayyah v. Waynoka Properties |
| 1:04-cv-444 | Eads v. Cinergy Corp |
| 1:04-cv-458 | Clarke v. Metro Life Ins |
| 1:04-cv-461 | Storey v. Dept HHS |
| 1:04-cv-472 | Miami Wabash v. Lebbing Engineering |
| 1:04-cv-475 | Schippel v. Reynolds and Reynolds |
| 1:04-cv-479 | Bradshaw v. Jeff Wyler Colerain |
| 1:04-cv-484 | Vanzant v. DiamlerChrysler |
| 1:04-cv-498 | Chieftain v. International Brotherhood |

| | |
|---|---|
| 1:04-cv-500 | USA v. Eaton |
| 1:04-cv-501 | Hogan v. Frito Lay |
| 1:04-cv-523 | McCabe v. K Asher Trucking |
| 1:04-cv-526 | Whitley v. Arnett |
| 1:04-cv-528 | Staley v. Paycor |
| 1:04-cv-529 | Stanley-Gomez v. Weltman Weinberg Reis |
| 1:04-cv-537 | American Home Ins v. Massenheimer |
| 1:04-cv-556 | Leach v. CBS Technologies |
| 1:04-cv-557 | Ruggles v. Dept HHS |
| 1:04-cv-576 | Hines v. Milacron |
| 1:04-cv-625 | EEOC v. Tecmetal Group |
| 1:04-cv-634 | Murrell v. Warden |
| 1:04-cv-653 | Carter v. Weyand |
| 1:04-cv-654 | Stamm v. Dept HHS |
| 1:04-cv-655 | Bakhru v. Glaxo Smith Kline |
| 1:04-cv-797 | Corey v. Maxxim Medical |
| 1:04-cv-835 | Communique Production v. Lenscrafters |
| 3:03-cv-127 | Kinley v. Bradshaw |

## ORDER

The previous case scheduling order in the above cases, now transferred to the docket of Judge Michael H. Watson shall remain in effect until further order of the Court. However, in cases with matters scheduled prior to November 1, 2004, the parties shall contact the Court for confirmation that a scheduled matter will proceed.

In order to edify the court of the status of their case, the parties shall submit a joint status report within seven (7) days of the filing date of this Order.

The status report shall be no longer than two (2) pages in length and set forth the following:

1.  Nature of the case and brief description of claims asserted:

2.  Efforts to settle, pre- and post-filing of Complaint;

3.  Scheduled dates for:

    a.  Discovery Cut-off;

    b.  Dispositive Motions Deadline;

    c.  Settlement Conference;

    d.  Final Pre-trial; and

    e.  Trial.

4.  Any other case-related issues deemed relevant by counsel, jointly.

<u>Parties who have previously consented to trial with a Magistrate Judge may disregard this Order.</u>

          s/Michael H. Watson
          Michael H. Watson
          United States District Judge

ACCEPTED FOR VALUE, RETURNED FOR VALUE FOR SETTLEMENT AND CLOSURE BY WAY OF THE EXEMPTION AS CONSIDERATION AS GOOD AS AVAL. X _Buford Franklin Houck_
DATE 10-22-2004
EMPLOYER ID# 7280

ACCEPTED FOR VALUE, RETURNED FOR VALUE FOR SETTLEMENT ... BY WAY OF THE EXEMPTION ... AS GOOD AS AVAL ...
DATE ___
EMPLOYER ...

ACCEPTED FOR VALUE, RETURNED FOR VALUE FOR SETTLEMENT AND CLOSURE BY WAY OF THE EXEMPTION AS CONSIDERATION AS GOOD AS AVAL X
DATE ___
EMPLOYER ID# ___