Clerk
U. S. District Court
Southern District of Ohio
Potter Stewart Courthouse, Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

Certified Receipt. #:
7002-0510-0004-5174-2176

FILED
JAMES BONINI
CLERK
05 MAR 28 PM 12: 18

**Case #: 1:01 CV 541**

Original-Certified-Partial Summary Judgment

Certified-Copy of Original Inspector General Acknowledgment

Copy-UCC 1 Indiana

Copy-UCC 3 Indiana

Copy-UCC 1 Ohio

Copy-UCC 3 Ohio

Documents named above and attached hereto and marked accordingly, are Accepted For Value and Returned for Value to Settle and Close all Form 1040 Type Tax Matters, for Buford F. Houck, Intervener, without controversy using my exemption according to Public Policy H. J. R. 192.

As Good As Aval. Buford F. Houck, Intervener
Buford F. Houck, Intervener

**NOTARY**

Signed before me this 25th. day of March, 2005, by Buford F. Houck, who is personally known to me or ~~has~~ produced valid identification.

Seal

Debbie Perry
Notary Public

DEBBIE PERRY
Notary Public, State of Ohio
My commission expires March 4, 2007
My Commission Expires

I certify that this is a true and correct copy of the original filed in my Office on 3-4-05.
JAMES BONINI, CLERK
BY: [signature] Deputy Clerk
DATE: 3-21-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

Plaintiff,

v.

Buford F. Houck, *et al*,

Defendants.

Case No. 1:01cv541

Judge Michael H. Watson

Intervener Secured Party Creditor

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

ACCEPTED FOR VALUE, RETURNED FOR VALUE FOR SETTLEMENT AND CLOSURE BY WAY OF THE EXEMPTION AS CONSIDERATION AS GOOD AS A WAL X Buford F. Houck DATE MAR 25, 2005 EMPLOYER ID# 288367280

Before the Court is the October 5, 2004 Magistrate Judge's Report and Recommendation (Doc. 64) regarding Plaintiff's Motion for Partial Summary Judgment. (Doc. 62)

The parties were given proper notice, pursuant to 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). To date, no objections to the October 5, 2004 Magistrate Judge's Report and Recommendation have been filed.

Upon *de novo* review of this matter, pursuant to 28 U.S.C. § 636, the Court finds no error in the Magistrate Judge's Report and Recommendation. Accordingly, the October 5, 2004, Magistrate Judge's Report and Recommendation is hereby **ADOPTED.** Plaintiff's Motion for Partial Summary Judgment (Doc. 62) is **GRANTED**. Plaintiff is entitled to

recover $410,777.58, including interest and penalties, plus statutory interest that continues to accrue, from Defendant Burford F. Houck, for the IRS tax assessments against him for 1986, 1987, 1988, 1990, 1991, 1992, 1993, and 1994.

Also before this Court is Plaintiff's Motion to Amend the Scheduling Order. (Doc. 68) Plaintiff states that this Court granted the Plaintiff until November 22, 2004 to file a dispositive motion or move this Court for a trial date. Plaintiff is now seeking until thirty days after the ruling on the Magistrate's R&R. For good cause show, Plaintiff's Motion to Amend (Doc. 68) is hereby **GRANTED**. Plaintiff shall file any dispositive motion to foreclose its federal tax liens thirty (30) days from entry of this Order.

Michael H. Watson
United States District Judge

ACCEPTED FOR VALUE, RETURNED FOR VALUE FOR SETTLEMENT AND CLOSURE BY WAY OF THE EXEMPTION AS CONSIDERATION AS GOOD AS AVAL X
DATE
EMPLOYER ID#

## Orders on Motions

1:01-cv-00541-MHW-TSB USA v. Houck, et al

**U.S. District Court**

**Southern District of Ohio**

Notice of Electronic Filing

The following transaction was received from ba, entered on 3/4/2005 at 2:20 PM EST and filed on 3/4/2005

**Case Name:** USA v. Houck, et al
**Case Number:** 1:01-cv-541
**Filer:**
**Document Number:** 69

**Docket Text:**
ORDER adopting Report and Recommendations re [64] Report and Recommendations; Plaintiff is entitled to recover $410,777.58, including interest and penalties, plus statutory interest that continues to accrue, from Defendant Burford F. Houck for the IRS tax assessments against him for 1987, 1988, and 1990-1994; granting [68] Motion to Amend/Correct the Scheduling Order for 30 days from the entry of this Order permitting Plaintiff to file any dispositive motions to foreclose its federal tax liens (ba, )

ACCEPTED FOR VALUE, RETURNED FOR VALUE FOR SETTLEMENT AND CLOSURE BY WAY OF THE EXEMPTION AS CONSIDERATION AS GOOD AS VALUE DATE MARCH 2005 EMPLOYER ID#

Burford F. Houck, Intervener Secured Party Creditor

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=3/4/2005] [FileNumber=547528-0]
[2308b861473e79128d6ec162156baf96ef227def037db5937dbf9e965e0e1c494a060
b9307735fe5102066180ea197acc615e969751005cbfd2ced0eab789217]]

**1:01-cv-541 Notice will be electronically mailed to:**

Alejandro L Bertoldo alejandro.l.bertoldo@usdoj.gov, northern.taxcivil@usdoj.gov

Lara E Ewens lara.ewens@usdoj.gov

Jan Martin Holtzman jan.holtzman@usdoj.gov,
karen.kruetzkamp@usdoj.gov;maryjo.massie@usdoj.gov;civ.ecfohscin@usdoj.gov

**1:01-cv-541 Notice will be delivered by other means to:**

Ben Houck Estates
1739 Kevin Street
Ironton, OH 45638

William L Comer



OFFICE OF
INSPECTOR GENERAL

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

FEB 16 2005

Buford F. Houck
PO Box 789
Ironton, OH 45638-0789

Complaint Number: 2005-0145

Dear Mr. Houck:

This is in response to your letter to this Office dated February 3, 2005, which forwards your request for "chargeback to the Personal Treasury Account" as well as an "exchange for the tax exemption priority" in order to secure fees for "registration for the priority exchange for the tax exemption to discharge the public liability."

ACCEPTED FOR VALUE, RETURNED FOR VALUE FOR SETTLEMENT AND CLOSURE BY WAY OF THE EXEMPTION AS CONSIDERATION AS GOOD AS VAL X Buford F. Houck, Intervenor Secured Party Creditor
DATE March 15 2005
EMPLOYER ID#

As the information you provided concerns the Internal Revenue Service and federal taxation issues, we are forwarding it to the Treasury Inspector General for Tax Administration, which has jurisdiction in these matters, at the following address:

Grace Sutton, ASAIC
Complaint Management Division
Treasury Inspector General
for Tax Administration
1125 15th Street, NW
Room 700-A
Washington, DC 20005

Please send any additional correspondence regarding this matter to that address. We thank you for your consideration

Sincerely,

Nick D. Swanstrom
Assistant Inspector General
for Investigations

February 4, 2005

Taxpayer Advocate
Department of the Treasury
Internal Revenue Service
1500 Pennsylvania Avenue, N.W.
Washington, D. C. 20220

Re: Buford F. Houck
S.S. #: 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
Secured Party Creditor #: D95417116

Dear Advocate:

Please forward printout copies of Debtor's balance owed on each year, for 1985 through 1995, as shown on the TaxPayer Advocate Scope.

I have enclosed a self addressed, stamped envelope for your convenience.

Sincerely,

Buford F. Houck SPC

Buford F. Houck
Secured Party Creditor
c/o: P. O. Box 789
Ironton, Ohio 45638

[redacted]

Indiana Secretary of State
Filing Number: 200500001139394
Filing Date : 02/03/2005 17:30:00

FEB 03 2005

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

CSC-JEFF

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

Corporation Service Company
P. O. Box 2969
Springfield, Illinois 62708
Attn: Ms. Tammy Fisher

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
200500000317694

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| | | | | |
|---|---|---|---|---|
| | 6a. ORGANIZATION'S NAME<br>HOUCK, BUFORD F. | | | |
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | | | | | |
|---|---|---|---|---|---|
| | 7a. ORGANIZATION'S NAME | | | | |
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR / 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE | | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Debtor acknowledges: 1) Debtor has received from Secured Party an Asset identified as foreign bill of exchange #: BFH112502, valued at $1,098,000.00, dated 11-25-02. 2)Debtor is now further indebted to Secured Party for the value of said asset which is established as a registered security via the filing of this UCC-3 Amendment. 3) Debtor pledges to deliver the settlement statement Debtor will receive from its creditor when said Asset is delivered to the creditor. (Name of creditor) at Address of creditor) and the associated account #: 288267280, is amended to reflect the receipt of said Asset, and 4) Debtor pledges to deliver the original note for said account, to the Secured Party, when it is returned to the Debtor from its creditor.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.

| | | | | |
|---|---|---|---|---|
| | 9a. ORGANIZATION'S NAME<br>HOUCK, BUFORD F. | | | |
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

IN-SOS 180633-5KAA

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

File #: 200500000317694 DCN: 200500000317694

Indiana Secretary of State
Filing Number: 200500000317694
Filing Date : 01/07/2005 17:30:00

JAN 07 2005

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
CSC - Jeff

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

Corporation Service Company
PO Box 2969
Springfield, Illinois 62708
Attn: Tammy Fisher

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: HOUCK, BUFORD F.

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P. O. BOX 789 | IRONTON | OH. | 45638 | US |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 288267280 | | BUSINESS | OH. | 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 ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME: HOUCK, BEN, ESTATES

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O: 1739 KEVIN STREET | IRONTON | OH. | 45638 | US |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | TRUST | OH. | 31-6261889 ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME:

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Houck | Buford | Franklin | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o: 1739 Kevin Street | Ironton | OH. | 45638 | USA |

4. This FINANCING STATEMENT covers the following collateral:

This property, now owned and hereafter acquired, includes, but is not limited to: proceeds, products, accounts and fixtures from crops, mine head, well head, with transmitting utilities, etc., rent, wages, all income, land, mineral, water and air rights, cottages, house(s), buildings, bank accounts, bank deposit box(s) and the contents therein, savings account(s), retirement plans, stocks, bonds, securities, benefits from trusts, inheritances gotten and to be gotten, inventory of any source, all machinery either farm or industrial, livestock, livestock equipment, vehicles, auto(s), truck(s), 4 wheeler(s), all boats and water craft, aircraft, motor homes, 5th wheel trailer(s), mobile home(s), Jewelry, wedding bands and/or rings, watch(s), all household goods, appliances, any type of furniture, kitchen utensils, cooking utensils, radio(s), television(s), computer(s), music instrument(s), antiques, sport equipment, rifle(s), gun(s), and any other type of property held for my benefit by myself or by others.

Any property not specifically listed, named or listed by make, model, serial number, etc. is included as the same.
Dated: 12-28-04.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☒ SELLER/BUYER ☐ AG. LIEN ☐ ON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

IN-SOS 126316-1 BAH

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Doc ID --> 200320401562

Filed at Ohio Secretary of State 07/22/2003 09:00 AM FILE# OH00066523793

LexisNexis Document Solutions
P.O. Box 2969
Springfield, IL 62708

1790873 - 3

Debtor: HOUCK: BUFORD F.
Juris: Secretary of State, OH

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME

| Organization's name / Individual's last name | First name | Middle name | Suffix |
|---|---|---|---|
| HOUCK: BUFORD F. | | | |

| Mailing address | City | State | Postal code | Country |
|---|---|---|---|---|
| PO BOX 789 | IRONTON | OH | 45638 | US |

| Tax ID # | Type of organization | Jurisdiction of organization | Organizational ID # |
|---|---|---|---|
| 288267280 | BUSINESS | OH | 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 |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

| Organization's name / Individual's last name | First name | Middle name | Suffix |
|---|---|---|---|
| HOUCK: [illegible] ESTATES | | | |

| Mailing address | City | State | Postal code | Country |
|---|---|---|---|---|
| 1739 KEVIN ST. | IRONTON | OH | 45638 | US |

| Tax ID # | Type of organization | Jurisdiction of organization | Organizational ID # |
|---|---|---|---|
| | TRUST | OH | 31-6261889 |

3. SECURED PARTY'S NAME

| Organization's name / Individual's last name | First name | Middle name | Suffix |
|---|---|---|---|
| HOUCK | BETTY | JEAN | |

| Mailing address | City | State | Postal code | Country |
|---|---|---|---|---|
| 1739 KEVIN ST. | IRONTON | OH | 45638 | US |

4. This FINANCING STATEMENT covers the following collateral:

Being Lot Number Twenty-Four (24) in a subdivision identified as Sedgwick Meadows, continuation of Green Valley Estates, as shown on the recorded plat thereof in Plat Book 5, pages 240 and 241 of the Plat Records of Lawrence County, Ohio



Filed at Ohio Secretary of State 12/06/2004 09:00 AM FILE# 20043420610

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

Lee Dixon
145 Baker Street
Marion OH 43302

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
OH00066523793

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
HOUCK, BUFORD F.
OR
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
OR
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Debtor acknowledges: 1) Debtor has received from Secured Party an Asset identified as foreign bill of exchange #: BFH112502, valued at $1,098,000.00, dated 11-25-02. 2)Debtor is now further indebted to Secured Party for the value of said asset which is established as a registered security via the filing of this UCC-3 Amendment. 3) Debtor pledges to deliver the settlement statement Debtor will receive from its creditor when said Asset is delivered to the creditor, (Name of creditor) at Address of creditor) and the associated account #: 288267280, is amended to reflect the receipt of said Asset, and 4) Debtor pledges to deliver the original note for said account, to the Secured Party, when it is returned to the Debtor from its creditor.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
HOUCK, BUFORD F.
OR
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

Betty Jeane Houck Secured Party, Creditor

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

37110 · 2 LRI