IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                           )<br>          Plaintiff,                          )<br>     v.                                            )<br>                                                           )         CASE NO. C-1-01-541<br>BUFORD F. HOUCK, et al.,            )<br>                                                           )         JUDGE MICHAEL H. WATSON<br>          Defendants.                    )<br>_____)  | |

UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The United States, by and through its undersigned counsel, hereby moves for summary judgment under Rule 56 of the Federal Rules of Civil Procedure upon the Declaration of Alejandro L. Bertoldo, with attached exhibits, and for the reasons set forth in the *United States' Memorandum In Support Of Its Motion For Summary Judgment*, filed contemporaneously herewith.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


/s/ Alejandro L. Bertoldo
ALEJANDRO L. BERTOLDO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 307-6019
email: Alejandro.L.Bertoldo@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the attached *United States' Motion for Summary Judgment* was filed electronically this April 4, 2005. Notice of this filing will be sent to all parties that have registered for electronic filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Service was also made by U.S. Mail, postage prepaid, on the following parties:

```
STATE OF OHIO, DEPARTMENT OF TAXATION
        TAX COMMISSIONER OF OHIO
        30 East Broad Street, 22 Floor
        Columbus, OH 43215

FIRST FEDERAL SAVING & LOAN, ASSOC.
        415 Center Street
        Ironton, OH 45638

BUFORD F. HOUCK
        1739 Kevin Street
        Ironton, OH 45638

BETTY HOUCK
        1739 Kevin Street
        Ironton, OH 45638
```

/s/ Alejandro L. Bertoldo
ALEJANDRO L. BERTOLDO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6019
email: Alejandro.L.Bertoldo@usdoj.gov