IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BUFORD F. HOUCK, et al., )<br>)<br>Defendants. )<br>_____) | CASE NO. C-1-01-541<br><br>JUDGE MICHAEL H. WATSON |

DECLARATION OF ALEJANDRO L. BERTOLDO FOR
THE UNITED STATES' MEMORANDUM IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT

Pursuant to the provisions of 28 U.S.C. section 1746, I declare, under penalty of perjury, that the following is true and correct:

1. I am the trial attorney for the United States Department of Justice, Tax Division, assigned to represent the United States in this matter.

2. Government Exhibits 1-7 are true and accurate copies of documents received from the Internal Revenue Service as part of the administrative file of Buford Houck.

Date: April 4, 2005

/s/ Alejandro L. Bertoldo
ALEJANDRO L. BERTOLDO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6019

<u>CERTIFICATE OF SERVICE</u>

      It is hereby certified that the attached *Declaration of Alejandro L. Bertoldo for the United States' Memorandum in Support of its Motion for Summary Judgment* was filed electronically this April 4, 2005. Notice of this filing will be sent to all parties that have registered for electronic filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Service was also made by U.S. Mail, postage prepaid, on the following parties:

```
STATE OF OHIO, DEPARTMENT OF TAXATION
        TAX COMMISSIONER OF OHIO
        30 East Broad Street, 22 Floor
        Columbus, OH 43215

FIRST FEDERAL SAVING & LOAN, ASSOC.
      415 Center Street
      Ironton, OH 45638

BUFORD F. HOUCK
      1739 Kevin Street
      Ironton, OH 45638
```

**BETTY HOUCK**
      1739 Kevin Street
      Ironton, OH 45638

 

/s/ Alejandro L. Bertoldo
ALEJANDRO L. BERTOLDO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6019
email: Alejandro.L.Bertoldo@usdoj.gov