VOL 320 PAGE 459

# Know all Men by these Presents

That: James Browning, single, and Ann Browning, single, grantors,

of Lawrence County, Ohio, in consideration of One Dollar ($1.00) and other valuable considerations

to them in hand paid by Buford F. Houck and Betty J. Houck, husband and wife, grantees,

whose address is 1739 Kevin Street, Ironton, Ohio,

do hereby Grant, Bargain, Sell and Convey to the said Buford F. Houck and Betty J. Houck, husband and wife, for and during their joint lives, with the remainder in fee simple to the survivor of them, his or her heirs and assigns forever, the following described Real Estate, situate in the City of Ironton in the County of Lawrence and State of Ohio.

Being Lot Number Twenty-Four (24) in a subdivision identified as Sedgwick Meadows, continuation of Green Valley Estates, as shown on the recorded plat thereof in Plat Book 5, pages 240 and 241 of the Plat Records of Lawrence County, Ohio.

This conveyance is made subject to those certain protective covenants, easements and architectural controls as defined and set out in the plat of said subdivision and which are by reference incorporated herein and made a part hereof the same as if rewritten herein.

For the last recorded instrument through which grantors herein claim title, reference is made to Warranty Deed from Fred and Deloris I. Staton recorded September 11, 1963, in Deed Book 208 at page 359 of the Deed Records of Lawrence County, Ohio.



and all the Estate, Right, Title and Interest of the said grantor in and to said premises; To have and to hold the same, with all the privileges and appurtenances thereunto belonging, to said grantee s, for and during their joint lives, with the remainder in fee simple to the survivor of them, his or her heirs and assigns forever

And the said grantors do hereby Covenant and Warrant that the title so conveyed is Clear, Free and Unincumbered, and that they will Defend the same against all lawful claims of all persons whomsoever. Save and except a certain mortgage in favor of the First Federal Savings & Loan Association dated September 9, 1963, and recorded in Mortgage Book 248 at page 457, showing a balance of $17,459.13, which the grantees herein assume and agree to pay as part of the consideration of this conveyance

GOVERNMENT EXHIBIT 1

VOL 620 PAGE 959

**In Witness Whereof**, the said James Browning, single
Ann Browning, single

have hereunto set their hand s, this 4 day of March in the year A. D. nineteen hundred and sixty-six (1966).

Signed and acknowledged in presence of us:

_Margret Barnes_       _James Browning_
                        James Browning

_____        _Ann Browning_
                        Ann Browning

_____

**State of Ohio,**         LAWRENCE      **County, ss.**

On this  4  day of  March  A. D. 19 66, before me, a Notary Public in and for said County, personally came

James Browning and Ann Browning

the grantor s in the foregoing deed, and acknowledged the signing thereof to be their  voluntary act and deed
_____ my official signature and seal on the day last above mentioned.

_____
                Notary Public

This instrument prepared by James E. Waldo, Attorney, Ironton, Ohio.

---

**Warranty Deed**

# 1653

James Browning
Ann Browning

TO

Buford F. Houck and
Betty J. Houck

Transferred March 7, 1966
_Clyde Handley_
COUNTY AUDITOR

STATE OF OHIO
COUNTY OF Lawrence  ss

RECEIVED FOR RECORD ON THE
7 day of March 1966
at 2 o'clock P.M.
and RECORDED March 7, 1966
DEED BOOK 620  PAGE 959
_Roy L. Daby_
COUNTY RECORDER

RECORDERS FEE $ 2.00

TOTAL P.03

TOTAL P.03