GOVERNMENT EXHIBIT 2

#20376

STATE OF OHIO, LAWRENCE COUNTY
Presented for record at 3:15 P.M.
Recorded Dec 12 1984

DEC 11 - 1984

Misc. Rec. 10   Page 639
RAY T. DUTEY
RECORDER, LAWRENCE COUNTY, OHIO

VOL 010 PAGE 639

# MEMORANDUM NOTICE OF EXECUTION OF TRUST AGREEMENT

KNOW ALL MEN BY THESE PRESENTS:

That the undersigned __B.F. Houck and Betty J. Houck, grantors and Brenda C. Shively and William L. Comer__ have executed a Declaration of Trust under the name of the __Ben Houck Estates__, dated the __10__ day of __December__, 19__84__.

That said Trust Agreement contains terms and conditions all of which are made a part hereof as fully and completely as if herein specifically set out in full, and, whereas said Trust Agreement explicitly provides that:

1. "No Trustee specifically named herein, or any Successor Trustee, shall be required to give any bond or other security. The Trustees, including Successor Trustees, serving hereunder shall not be personally liable to any person or entity upon any contract or indebtedness of or claims against said trust estate or upon a mortgage, trust deed, note or other instrument executed under the provisions hereof, nor shall said Trustees be liable for any mistake or error of judgment or for losses incurred by reason of speculative or hazardous investment of trust funds in the administration of the trust herein created, except for fraud or willful misconduct, so long as they continue to exercise their duties and powers in a fiduciary capacity primarily in the interests of the beneficiaries hereunder. No Trustee shall be individually or personally answerable or liable for any act, neglect, error, or default of any other Trustee."

2. "No person, corporation, or entity purchasing, renting, or leasing any of the property of the trusts, or in any manner dealing with the trusts or with the Trustees, shall be required to inquire into the authority, expediency, propriety, validity, or necessity of the Trustees to make any sale, transfer, pledge, assignment, or other transfer or disposal of or transaction, or to account for the application or disposition of any purchase or mortgage money or other property transferred to the Trustees on any account, nor shall they be in any way responsible for the proper use or application of such funds or properties transferred by them to the Trustee under the terms of this Trust."

3. "No beneficiary shall be entitled to any distributions (either of income or corpus) as a matter of right." "Death, insolvency or bankruptcy of any certificate holder, or the transfer of his certificate by gift, devise or descent, shall not operate as a dissolution of this Trust, or in any manner affect the Trust or its operation. Ownership of a beneficial certificate shall not entitle the holder to any legal title in or to the Trust property, nor any undivided interest therein, nor in the management thereof; nor shall the death of a holder entitle his heirs or legal representative to demand any partition or division of the property of the Trust, nor any special accounting..."

PREPARED BY: B.F. Houck
1739 Kevin Street
Ironton, Ohio 45638

(margin note: See also Appointment of Trustee Misc 10 P 697, Appointment of Trustee Resignation Misc 10 P 655, Misc 10 P 697, Misc 10 P 695, Misc 10 P 655)

VOL 010 PAGE 640

4. The Trustees shall be permitted "to exercise all such rights, privileges and powers, to do all such acts, and to enter into all such agreements, generally, with respect to any and all property held hereunder, as in the Trustee's best judgment are needful or desirable for the proper and advantageous control and management of the Trust property for the benefit of the trust estate, all without applying to any court for permission so to do, to the same extent and with the same effect as might legally be done by an individual in absolute ownership and control of said property." The Trustees shall be vested with the "specific power:""to borrow money and execute promissory notes therefore for any purpose of the trust estate, or incidental to the administration thereof, from any institution or person, to extend or renew any existing indebtedness, and to secure the repayment thereof by mortgaging, hypothecating, creating a security interest in, or pledging or otherwise encumbering any part or all of the property, whether real or personal, of the trust estate. With respect to the purchase of any property, as part of the consideration given therefor, to execute any contract, including installment contracts or credit arrangements, the effect of which is to borrow money; to assume a liability of the transferor or to acquire such property subject to a liability; and accumulate income for the purpose of repaying any indebtedness incurred by the trust estate." "To sell at public or private sale, to grant options to sell, to barter, lend, alter, pledge, mortgage, partition, lease, transfer, rent, convey, exchange, re-exchange or otherwise dispose of all or part of the property, whether real or personal, at any time belonging to the trust estate, for cash or other consideration or on credit, and upon such terms and conditions as said Trustee shall determine, and to execute, acknowledge and deliver good and sufficient deeds of conveyance therefor (with or without warranty), and all assignments, transfers, leases, mortgages, contracts, receipts, releases, or other legal instruments necessary in connection therewith." "To make, acknowledge, execute, record, and deliver any and all deeds, bills of sale, assignments, transfers, receipts, leases, mortgages, conveyances, contracts, waivers, releases, proxies, powers of attorney, or other instruments necessary, convenient, or proper for the accomplishment of the powers herein conferred upon the Trustee, and to do all other acts which, in the Trustee's judgment, may be necessary or appropriate for the proper and advantageous management, investment, and distribution of the trust estate."

Notice is hereby served that, as of this date, the current Trustees of said Trust are Brenda C. Shively, William L. Comer, Brent Houck and Buford F. Houck.

IN WITNESS WHEREOF the Grantor and Trustees have hereunto set their hands and seals this 11 day of December, 1984.

Witness- Jan Hunley         Grantor- B.F. Houck         Grantor- Betty J. Houck

Witness- Doris Higgins      Trustee- Brenda C. Shively   Trustee- William L. Comer

STATE OF Ohio
COUNTY OF Lawrence

On this 11 day of December, 1984, before me, a Notary Public in and for said State, personally appeared Brenda C. Shively, William L. Comer, B. F. Houck, and Betty J. Houck, known to me to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same.

My Commission expires 3/30/89

Notary Public

VOL 010 PAGE 641

## III - PUBLIC NOTICE OF APPOINTMENT OF TRUSTEE

Date  12-11-84

WE, the undersigned, Trustees of the __Ben Houck Estates__ (a TRUST) executed on the __10__ day of __December__, 19__84__, of which the MEMORANDUM NOTICE OF EXECUTION OF TRUST AGREEMENT is recorded in the Office of the Clerk and Recorder of the Deed Records of the County of __Lawrence__, State of __Ohio__, in Book/Volume/Liber __Misc 10__, page __639__, do hereby give notice that, effective the ____ day of __December 11__, 19__84__, __Buford F. Houck__ was nominated, appointed, and elected to the office of TRUSTEE of this TRUST, and that said persons signature contained herein evidences the acceptance of said appointment. As of this date, the current Trustees of this TRUST are __Brenda C. Shively,__ and __William L. Comer,__  __Brent D. Houck and Buford F. Houck.__

IN WITNESS WHEREOF the Trustees of this TRUST have set their hands and seals at the City of __Ironton__, State of __Ohio__, on this __11__ day of __December__, 19__84__.

Witness - Jan Hunley

Witness - Doris Higgins

Trustee - Brenda C. Shively

Trustee - William L. Comer

Trustee - Brent D. Houck

STATE OF __Ohio__

COUNTY OF __Lawrence__

On this __11__ day of __December__, 19__84__, before me, the undersigned, a Notary Public in and for said State, personally appeared __Brenda C. Shively, William L. Comer and Brent D. Houck__, known to me to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same.

WITNESS my hand and official seal

My commission expires __3/30/89__

Notary Public -

# 20378

STATE OF OHIO, LAWRENCE COUNTY
Presented for Record at 3:17 P M

DEC 11 1984

Recorded Dec 12, 19 84
in Misc Rec. 10 Page 641
RAY T. DUTEY
RECORDER, LAWRENCE COUNTY, OHIO

PREPARED BY: ____
Address ____
City ____ State ____

- AT 2 -

VOL 010 PAGE 642

## I - APPOINTMENT OF TRUSTEE

Date  12-11-84

We, Brenda C. Shively and William L. Comer, the Trustees of the Ben Houck Estates (a TRUST), and, pursuant to the power and authority therein contained, do hereby nominate, appoint and elect Buford F. Houck to be a TRUSTEE of this TRUST, vested with ALL the powers, authority and duties granted to and imposed upon the Trustees therein named and during the period thereof, said service to become effective immediately.

Trustee  Brenda C. Shively

Trustee  William L. Comer

## II - ACCEPTANCE OF APPOINTMENT TO BE A TRUSTEE

Date  12-11-84

I, the undersigned, do hereby accept the appointment to the position of TRUSTEE of the Ben Houck Estates (a TRUST), created the 10 day of December, 19 84, upon the terms and conditions hereinabove stated and contained in the Declaration of Trust of said TRUST, and my signature herein evidences my acceptance of the duties, obligations, responsibilities, and faithful performance of said TRUST.

Witness - Jan Hunley

Witness - Doris Higgins

Signature - Buford F. Houck

STATE OF  Ohio
COUNTY OF  Lawrence

On this 11 day of December, 19 84, before me, the undersigned, a Notary Public in and for said State, personally appeared Buford F. Houck, known to me to be the person whose name is subscribed to the within instrument and who acknowledged that __he executed the same.

WITNESS my hand and official seal

My commission expires 3/30/89
PREPARED BY: Brenda C. Shively
ADDRESS:  1739 Kevin Street
CITY: Ironton  STATE: Ohio

Notary Public

- AT 1 -

VOL 010 PAGE 643

## I - APPOINTMENT OF TRUSTEE

Date 12-11-84

We, __Brenda C. Shively__ and __William L. Comer__, the Trustees of the __Ben Houck Estates__ (a TRUST), and, pursuant to the power and authority therein contained, do hereby nominate, appoint and elect __Brent D. Houck__ to be a TRUSTEE of this TRUST, vested with ALL the powers, authority and duties granted to and imposed upon the Trustees therein named and during the period thereof, said service to become effective immediately.

_Brenda C. Shively_
Trustee   Brenda C. Shively

_William L. Comer_
Trustee   William L. Comer

---

## II - ACCEPTANCE OF APPOINTMENT TO BE A TRUSTEE

Date 12-11-84

I, the undersigned, do hereby accept the appointment to the position of TRUSTEE of the Ben Houck Estates (a TRUST) created the __10__ day of __December__, 19__84__, upon the terms and conditions hereinabove stated and contained in the Declaration of Trust of said TRUST, and my signature herein evidences my acceptance of the duties, obligations, responsibilities, and faithful performance of said TRUST.

_Jan Hunley_
Witness - Jan Hunley

_Doris Higgins_
Witness - Doris Higgins

_Brent D. Houck_
Signature - Brent D. Houck

STATE OF __Ohio__

COUNTY OF __Lawrence__

On this __11__ day of __December__, 19__84__, before me, the undersigned, a Notary Public in and for said State, personally appeared __Brent D. Houck__, known to me to be the person whose name is subscribed to the within instrument and who acknowledged that __he executed the same.

WITNESS my hand and official seal

My commission expires __3/30/89__

_Doris Higgins_
Notary Public

PREPARED BY: __Brenda C. Shively__
ADDRESS: __1739 Kevin Street__
CITY: __Ironton__   STATE: __Ohio__

- AT 1 -

VOL 010 PAGE 644

## III - PUBLIC NOTICE OF APPOINTMENT OF TRUSTEE

Date 12-11-84

WE, the undersigned, Trustees of the **Ben Houck Estates** (a TRUST) executed on the **10** day of **December**, 19**84**, of which the MEMORANDUM NOTICE OF EXECUTION OF TRUST AGREEMENT is recorded in the Office of the Clerk and Recorder of the Deed Records of the County of **Lawrence**, State of **Ohio**, in Book/Volume/Liber **Misc 10**, page **639**, do hereby give notice that, effective the **11** day of **December**, 19**84**, **Brent D. Houck** was nominated, appointed, and elected to the office of TRUSTEE of this TRUST, and that said persons signature contained herein evidences the acceptance of said appointment. As of this date, the current Trustees of this TRUST are **Brenda C. Shively** and **William L. Comer** and **Brent D. Houck**.

IN WITNESS WHEREOF the Trustees of this TRUST have set their hands and seals at the City of **Ironton**, State of **Ohio**, on this **11** day of **Dec.**, 19**84**.

Witness - Jan Hunley

Witness - Doris Higgins

Trustee - Brenda C. Shively

Trustee - William L. Comer

Trustee -

STATE OF Ohio

COUNTY OF Lawrence

On this **11** day of **December, 19 84**, before me, the undersigned, a Notary Public in and for said State, personally appeared **Brenda C. Shively and William L. Comer**, known to me to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same.

WITNESS my hand and official seal

My commission expires 3/30/89

Notary Public -

#20379

STATE OF OHIO, LAWRENCE COUNTY

Presented for Record at 3:18 PM

PREPARED BY: _____

Address _____

City _____ State _____

**DEC 11 1984**

Recorded Dec 12 - 84
in Misc Rec 10 Page 643
RAY T. DUTEY
- AT RECORDER, LAWRENCE COUNTY, OHIO