GOVERNMENT
EXHIBIT

3

VOL 497 PAGE 279    #2

BIAIL OF OHIO, L

**RECORDED IN DEEDS**

Transferred
December 11, 1984
Ray Willalline
Lawrence County Auditor

Presented for Record at 2-1 IA

DEC 11 1984

QUIT-CLAIM DEED—Short—**893**—(Rev. 1967)
(Photo Copy Form) THE RIDDLE PRESS, Inc.    • SPACE ABOVE FOR REAL ESTATE TRANSFER STAMP

Recorded_____Dec 12 19 84
in____Rec. 497 Page 279
RAY T. DUTEY
RECORDER, LAWRENCE COUNTY, OHIO
10 22

THIS INDENTURE, made 11th of December    19 84
BETWEEN B.F. Houck, aka Buford F. Houck, and Betty J. Houck,
Husband and Wife    B.F.H.

whose address is 1739 Kevin Street, Ironton, Ohio
PARTY of the first part,

and Brenda C. Shively, TRUSTEE AND William L. Comer, TRUSTEE
FOR THE Ben Houck Estates

whose address is 1739 Kevin Street, Ironton, Ohio    PARTY of the second part,

*Witnesseth,* That the said party of the first part, for and in consideration of
TEN DOLLARS AND OTHER CONSIDERATIONS OF VALUE ————————————————
to him in hand paid by the said party of the second part, the receipt whereof is hereby confessed and acknowledged, does by these presents grant,
bargain, sell, remise, release and forever QUIT-CLAIM unto the said party of the second part, and to *his heirs and assigns, Forever, all that
certain piece    or parcel    of land situated in the    of
in Ironton    Lawrence  County, and State of Ohio    and described as follows:
Being Lot Number Twenty-Four (24) in a subdivision identified as Sedgwick
Meadows, continuation of Green Valley Estates, as shown on the recorded plat
thereof in Plat Book 5, pages 240 and 241 of the plat Records of Lawrence
County, Ohio.

This conveyance is made subject to those certain protective covenants, ease-
ments and architectural controls as defined and set out in the plat of said
subdivision and which are by reference incorporated herein and made a part
hereof the same as if rewritten herein.

For the last recorded instrument through which grantors herein claim title,
reference is made to Warranty Deed from James Browning and Ann Browning re-
corded March 9, 1966, in Deed Book 320 at page 459 of the Deed Records of
Lawrence County, Ohio.

SUBJECT TO ANY OUTSTANDING ENCUMBRANCES, IF ANY,
TOGETHER WITH ALL DOWER OR OTHER MARITAL RIGHTS, IF ANY,
REFERENCE MAY BE HAD TO A DOCUMENT ENTITLED "MEMORANDUM NOTICE OF EXECUTION
OF TRUST AGREEMENT" OF THE BEN HOUCK ESTATES, DATED DECEMBER 11, 1984, AND
RECORDED IN BOOK misc 10 PAGE 639, OF THE LAND RECORDS OF THE COUNTY OF
LAWRENCE, FOR A SPECIFICATION OF THE RIGHTS OF THE BENEFICIARIES AND THE
RIGHTS AND OBLIGATIONS OF THE SAID TRUSTEES AND THEIR SUCCESSORS.
TRANSFER TAX EXEMPT, TRANSFER MADE FOR LESS THAN $100 CONSIDERATION,

Together with all and singular the hereditaments and appurtenances thereunto belonging or in anywise appertaining: To Have and to Hold the
said premises to the said party of the second part, and to *his heirs and assigns, to the sole and only proper use, benefit and behoof of the said
party of the second part, *his heirs and assigns, Forever.

(When applicable, pronouns and relative words shall be read as plural, feminine or neuter, respectively.)
In Witness Whereof, The said party of the first part has hereunto set his hand the day and year first above written.

Signed, Sealed and Delivered in Presence of

*B. F. Houck*

*Jan Hunley*
Jan Hunley

*Betty J. Houck*
Betty J. Houck

*Doris Higgins*
Doris Higgins

RAY E. WALLER County Auditor    EXEMPT    FEE $

**STATE OF** Ohio    } ss.    on 11th day of December, 1984
COUNTY OF Lawrence
On
, before me, a Notary Public, in and for said County, personally appeared
B.F. Houck and Betty J. Houck
to me known to be the same person S    described in and who executed the within instrument, who HAVE
acknowledged the same to be    THEIR    free act and deed.

PREPARED BY:
B.F. Houck
1739 Kevin Street
Ironton, Ohio 45638

*Doris Higgins*
Notary Public,
Lawrence    County, Ohio
My commission expires    19 .