BILL OF SALE                                        27

**Know all Men by these Presents,** That B.F. Houck, aka Buford F. Houck, and Betty J. Houck, husband and wife
WHOSE ADDRESS IS 1739 Kevin Street
of the CITY of Ironton in the County of Lawrence and State of Ohio. PARTY, of the first part, for and in consideration of the sum of TEN DOLLARS AND OTHER CONSIDERATIONS OF VALUE -------------- Dollars, lawful money of the United States, to them paid by THE TRUSTEES OF THE Ben Houck Estates

of 1739 Kevin St., Ironton, Ohio PARTY of the second part, the receipt whereof is hereby acknowledged, have bargained and sold, and by these presents do grant and convey, unto the said party of the second part, its executors, administrators or assigns, all the FOLLOWING OF THEIR PERSONAL PROPERTIES:

To Have and to Hold the same unto the said party of the second part, its executors, administrators and assigns, FOREVER. And the said party of the first part, for their heirs, executors and administrators, do covenant and agree to and with the said part of the second part, its executors, administrators and assigns, to Warrant and Defend the sale of said property, goods and chattels hereby made, unto the said part of the second part, its executors, administrators and assigns, against all and every person or persons whatsoever.

In Witness Whereof, We have hereunto set our hand and seal this 11th day of December one thousand nine hundred and eighty-four

Signed, Sealed and Delivered in Presence of

*Jan Hunley*      *B.F. Houck* ............(L. S.)

*Doris Higgins*      *Betty J. Houck* ............(L. S.)

............(L. S.)

............(L. S.)

NOTE—1. Where second party is a Corporation or Partnership, the following may be added here "and its successors."

State of ...... Ohio ............................. }
County of ...... Lawrence ................... } ss.

..... B.F. Houck and Betty J. Houck, husband and wife ..............................

being duly sworn, deposes and says that ..... they ... are ..............................

the vendor..S....named in the within Bill of Sale, that he has knowledge of the facts, and that the consideration of said instrument was actual and adequate, and that the same was given in good faith for the purpose therein set forth, and not for the purpose of security, or for defrauding creditors of the vendor..........or subsequent purchasers.

*B.F. Houck* (signature)
B.F. Houck

*Betty J. Houck* (signature)
Betty J. Houck

Subscribed and sworn to before me this ..... 11 .....
day of ..... December ....., 19 84 ..

*Dona Higgins* (signature)

Notary Public, County of ..... Lawrence .............,
State of ..... Ohio .............................
My commission expires ..... 3/30 ....., 19 87 ..

NOTE

2. Insert "is" or "is one" or "he makes this affidavit for."
* PRINT, TYPEWRITE OR STAMP
  names of persons executing this instrument, also names of the Witnesses and Notary Public immediately underneath such signatures.

---

27

**BILL OF SALE**

To ..............................

Given ..............., 19 .......
Filed ..............., 19 .......
at ........... o'clock ....... M.

THIS BILL OF SALE OR A COPY THEREOF TO BE FILED WITH THE REGISTER OF DEEDS OF SAID COUNTY UNDER CONDITIONS OF ACT NO. 289, P. A. OF 1937.

THE RIEGLE PRESS, INC., FLINT, MICHIGAN

PERSONAL PROPERTY

Living Room Furnishings: (Plus Den)

| | |
|---|---|
| Chair | 5 |
| Curtains, drapes | 2 |
| Mirror | 1 |
| Picture | 5 |
| Television | 1 |
| Sofa | 3 |
| Records | 36 |
| Books | 96 |
| Bric-a-brack | 53 |
| Clocks | 3 |
| Desk | 1 |
| Desk Sets | 1 |
| Lamp (Table) | 3 |
| Lamp | 2 |
| Stereo, etc. | 1 |

Dining Room Furnishings:

| | |
|---|---|
| Buffet | 1 |
| China Closet | 1 |
| China | 1 set |

Kitchen Furnishings:

| | |
|---|---|
| Chairs | 6 |
| Clocks | 1 |
| Dish Sets | 2 |
| Cooking Utensils (sets) | 2 |
| Flatware | 3 |
| Glassware sets | 2 |
| Misc. cooking utensils | 21 |
| Radio | 1 |
| Range | 1 |
| Refrigerator | 1 |
| Table | 1 |

Electrical Appliances:

| | |
|---|---|
| Toaster Oven | 1 |
| Skillet | 1 |
| Cooker & Deep Fry | 1 |
| G.E. Coffee Maker | 1 |
| 13" TV | 1 |

Service Room Furnishings:

| | |
|---|---|
| Dryer | 1 |
| Ironing Board | 1 |
| Washer | 1 |
| Iron | 1 |
| Vacuum Cleaner | 1 |

Bedroom Furnishings:

Master Bedroom:

| | |
|---|---|
| Bedding | 40 |
| Bed | 1 |
| Box Springs & Mattress | 1 |
| Chest of drawers | 1 |
| Clocks | 2 |
| Curtains, drapes | 2 |
| Dressers | 1 |
| Lamps | 2 |
| Night Stands | 2 |
| Pictures, paintings | 1 |
| Radio | 1 |
| Television | 1 |

Bedroom No. 1

| | |
|---|---|
| Bedding | 15 |
| Bed | 1 |
| Box Springs & Mattress | 1 |
| Chairs | 1 |
| Chest of Drawers | 1 |
| Curtains, drapes | 2 |
| Lamps | 3 |
| Pictures, paintings | 1 |

Bedroom No. 2

| | |
|---|---|
| Bedding | 15 |
| Bed | 1 |
| Box Springs & Mattress | 1 |
| Chest of Drawers | 1 |
| Curtains | 2 |
| Dressers | 1 |

Bathroom Furnishings:

Master Bathroom

| | |
|---|---|
| Bath Mats | 3 |
| Clothes Hamper | 1 |
| Curtains | 1 |
| Lighting Fixtures | 2 |
| Mirrors | 1 |
| Scales | 1 |

Bathroom No. 1

| | |
|---|---|
| Bath mats | 3 |
| Clothes Hamper | 1 |
| Curtains | 1 |
| Lighting Fixtures | 2 |
| Mirrors | 1 |
| Scales | 1 |
| Towels | 56 |

Bathroom No. 2

| | |
|---|---|
| Bath mats | 2 |
| Lighting Fixtures | 2 |
| Mirrors | 1 |
| Towels | 20 |

Garage, Patio, Basement, etc:

| | |
|---|---|
| Refrigerator | 1 |
| Bicycle (s) ladies | 1 |
| Christmas decorations | 50 |
| Hoses | 2 |
| Lawn mower | 2 |
| Attachments | 1 |
| Luggage | 10 |
| Patio Furniture | 4 |

Miscellaneous: (Office and Business Equipment)

```
Metal Office Desk                          1
Swivel Chair                               1
Straight Chair                             1
File Cabinet                               1
Smith-Corona Electric Typewriter           1
10-20 Xerox Copier                         1
Panasonic Hand Held Computer               1
Brief Case                                 8
Emerson B&W Table TV                       1
Silver Eagles                              8
999 Fine Silver                           10
Chair Matt                                 1
Metal Cabinet for Xerox                    1
Electric Lamps                             2
Clock Radio                                1
Hassock Fan                                1
```