LAWRENCE COUNTY, OHIO
VOL 0511 PAGE 063
94 MAR 14 AM 11: 35        941389

GOVERNMENT EXHIBIT 7

Record and return to: Buford F. Houck
REC. 511 PAGE 63
SUE ANN DEEDS, RECORDER
C/O P.O. Box 789                    18℠
Ironton, Ohio 45638

## MORTGAGE AGREEMENT and CONTRACT

THIS MORTGAGE AGREEMENT CONTRACT (the "Contract") is a common law instrument dated _____April 5, 1993_____, is made and entered into by and between ___Liberty___ TRUST (99) (the "Demandant") and Buford F. Houck, (the "Respondent").

KNOW ALL MEN BY THESE PRESENTS, that I, Buford F. Houck, am a non-immigrant, non-resident alien of the corporate United States (District of Columbia) and a non-resident alien, or non-citizen of the State of the Forum (forum contractus). Whereas I, Buford F. Houck, have no income effectively connected with a trade or business within the United States (District of Columbia), or within the Corporate State of the Forum Contractus. I, Buford F. Houck am a State citizen dejure, in the several States, i.e. private American, and by these presents do, for myself, remise, release, and transfers and forever quitclaim unto the said DEMANDANT, his heirs, and transfers and/or assigns forever, all such rights, title, interest, real property, personal property, commissions, claim or demand, as I have or ought to have or may at some future time will have with singular the tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, and the reversion(s), remainder(s) rents, commissions, issues, and profits thereof (if any), and also all of estate and/or future estate(s), right, title, interest, claim and demand whatsoever, as will in law as in equity of the said party of the first part, of in, and to the above granted "property" and each and every part of the same as described herein and made a part hereof in any manner and that all such commitments shall be a lien and a mortgage on all of the above chattels, goods, real property, personal property, profits and commissions.

This Instrument Created By Buford P. Houck
108 No 3rd St. Suite 207 Ironton, Ohio 45638

### THE CONTRACT

The CONTRACT is to remain in force until such time the total number of $5,000,000.00 (five million and no/100 dollars) shall have been paid to the DEMANDANT.

This CONTRACT is irrevocable, executory, pecuniary, entire and indivisible in nature. WHEREAS, the CONTINUING CONSIDERATION

Page 1 of 2 Pages

Exh #2

VOL 0511 PAGE 064

shall remain in effect until such time the RESPONDENT expires, at which time, the DEMANDANT may not terminate this instrument without majority approval by the beneficiaries. This contract in its entirety has been created by the authority of the common law under the protection of Article 1, Section 10, of the Constitution for the United States of America, (Dartmouth College v. Woodward 17 U.S. 518 (4 Wheat 518), 4 L.Ed. 629).

IN WITNESS WHEREOF, the said Buford F. Houck hereby releases, his right and interest in each and every of the aforementioned items as described hereinabove, hereunto sets his hand this 5th day of __April__, 19 93 .

WITNESS:

__Diane C. Stamper__
Diane C. Stamper

__Sue Munn__
Sue Munn

__Buford F. Houck__
Buford F. Houck-RESPONDENT

IN THE STATE OF __Ohio__, COUNTY OF __Lawrence__.

BEFORE ME THIS __11__ DAY OF __March__, 19 94 .

THE UNDERSIGNED NOTARY PUBLIC IN AND FOR SAID STATE AND COUNTY,

APPEARED BUFORD F. HOUCK, RESPONDENT, TO ME PERSONALLY KNOW,

APPEARED BEFORE ME AND EXECUTED SUCH INSTRUMENT AS HIS FREE ACT INDEED.

__NOTARY PUBLIC   JEFF CREMEANS__

__1341 So 10th__
ADDRESS

__Ironton__   __Oh__   __45638__
CITY       STATE   ZIP

MY COMMISSION EXPIRES ON: __Sep. 10, 1996__

PAGE TWO OF TWO PAGES

VOL 0511 PAGE 065

Situated in Ironton, Lawrence County, State of Ohio and described as follows: Being Lot Number Twenty-four(24) in a subdivision identified as Sedgewick Meadows, continuation of Green Valley Estates, as shown on recorded plat thereof in Plat Book 5, pages 240 and 241 of the Plat records of Lawrence County, Ohio.