IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>          Plaintiff, )<br>vs. )<br>)<br>BUFORD F. HOUCK, et al., )<br>)<br>          Defendants. )<br>_____) | CASE NO. C-1-01-541<br><br>JUDGE MICHAEL H. WATSON |

**UNITED STATES' OPPOSITION TO DEFENDANT BUFORD F. HOUCK'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

The United States relies on its *Motion for Summary Judgment*, filed April 4, 2005 (Docket #71), as an opposition to Defendant Buford F. Houck's *Motion for Partial Summary Judgment*, filed March 28, 2005. The *United States' Memorandum In Support of its Motion for Summary Judgment*, filed April 4, 2005, is fully incorporated herein by reference.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

/s/ Alejandro L. Bertoldo
ALEJANDRO L. BERTOLDO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6019
email: Alejandro.L.Bertoldo@usdoj.gov

CERTIFICATE OF SERVICE

      It is hereby certified that the attached *United States' Opposition to Defendant Buford F. Houck's Motion for Partial Summary Judgment* was filed electronically this April 21, 2005. Notice of this filing will be sent to all parties that have registered for electronic filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Service was also made by U.S. Mail, postage prepaid, on the following parties:

    State of Ohio, Department of Taxation
    Tax Commissioner of Ohio
    30 East Broad Street, 22 Floor
    Columbus, OH 43215

    First Federal Saving & Loan, Assoc.
    415 Center Street
    Ironton, OH 45638

    Buford F. Houck
    1739 Kevin Street
    Ironton, OH 45638

    Betty Houck
    1739 Kevin Street
    Ironton, OH 45638

    /s/ Alejandro L. Bertoldo
    ALEJANDRO L. BERTOLDO
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 55
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6019
    email: Alejandro.L.Bertoldo@usdoj.gov