May 17, 2005

Certified Return Receipt #: 7003-1680-0004-1224-9540

James Bonini, Clerk
United States District Court
100 East 5th. Street
Cincinnati, Ohio 45202

FILED JAMES BONINI CLERK  05 MAY 18 AM 11:38

Re: BUFORD F. HOUCK
Case #: 1:01-cv-541

    Has my Fiduciary, George Beck, Revenue Officer, not settled and closed this matter? I authorize you to institute a Show Cause Hearing, asking to Show Cause why the Fiduciary should not be held personally liable for the settlement and closure of this matter.

    In the event I do not hear from you within ten (10), days from the receipt of this letter, I will consider this matter settled and closed.

For BUFORD F. HOUCK, DEBTOR

*Buford Franklin Houck, SPC*
By Buford Franklin Houck, Secured
Party Creditor

Page 1 of 2

copies to: Mr. George Beck, Revenue Officer, Fiduciary, Internal Revenue Service, P. O. Box 478, Chillicothe, Ohio 45601;

Gregory Lockhart, United States Attorney, 221 East 4th. Street, Suite 400, Cincinnati, Ohio 45202;

Mark W. Everson, Commissioner, Internal Revenue Service, United States Treasury, Washington, D. C. 20520.

## NOTARY

STATE OF OHIO         }
                      } s.s.
COUNTY OF LAWRENCE    }

Signed before me this __17th__ day of __May__, 2005, by Buford Franklin Houck, who is personally known to me or has produced valid identification.

Seal

_____
Notary Public

DEBBIE PERRY
Notary Public, State of Ohio
My commission expires March 4, 2007
My Commission Expires

United States District Court
Southern District of Ohio
Western Division

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 1:01-cv-541

vs.                                               Watson, J.
                                                   Black, M.J.

BUFORD HOUCK, *et al.*,

    Defendants.

## ORDER TO SHOW CAUSE

On April 4, 2005, Plaintiff filed a motion for summary judgment pursuant to Fed. R. Civ. P. 56. (*See* Doc. 71). Under S.D.Ohio Civ. R. 7.2(a)(2), an opposition memorandum shall be served and filed within twenty-one (21) days from the date of service set forth in the certificate of service attached to the Motion. No opposition memorandum has yet been filed in this case, even though more than twenty-one days have passed since the service date referenced in the motion.

Defendants, therefore, are **ORDERED TO SHOW CAUSE**, in writing and within **FIFTEEN DAYS** of the filing date of this Order, why Plaintiff's motion for summary judgment should not be granted for the reasons stated in Plaintiff's motion, and judgment entered in favor of Plaintiff. *See Guarino v. Brookfield Township Trustees*, 980 F.2d 399, 404-05 (6th Cir. 1992) (holding that a district court properly relies upon the facts provided by a moving party when a motion for summary judgment goes unopposed).

**SO ORDERED.**

DATE: 5/12/05

                                                         Timothy S. Black
                                                         United States Magistrate Judge