Send this card to magazines, businesses, friends and family to let them know you've moved.

Please send mail to my new address starting: **5 / 18 / 05**
Month  Day  Year

My Name: **BUFORD F. HOUCK**    CASE # 1:01-cv-541

**Old Address:**

P.O. Box 789
STREET OR PO BOX                                    APT/SUITE #

IRONTON                         Ohio        45638
CITY OR POST OFFICE             STATE        ZIP+4

**New Address:**

1739 Kevin Street
STREET OR PO BOX                                    APT/SUITE #

IRONTON                         Ohio        45638
CITY OR POST OFFICE             STATE        ZIP+4

UNITED STATES POSTAL SERVICE.