**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Buford F Houck
   c/o 1739 Kevin Street
   Ironton, OH 45638

2. Article Number (Transfer from service label)

   7002 0860 0000 1409 1804    Watson #76
   01-541

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
   X  Ben Houck                  ☐ Agent
                                 ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540