IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 1:01-cv-541 |
| BUFORD F. HOUCK, *et al.*, | ) | |
| | ) | Watson, J. |
| Defendants. | ) | Black, M.J. |
| _____ | ) | |

**UNITED STATES' NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

Please enter the appearance of Elizabeth Lan Davis, Trial Attorney, Tax Division, United States Department of Justice, Post Office Box 55, Washington, DC 20044, in substitution of Alejandro Bertoldo, as attorney for the United States in the above-referenced proceeding.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

*s/Elizabeth Lan Davis*
ELIZABETH LAN DAVIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6550
Facsimile: (202) 514-5238
E-Mail: Elizabeth.Lan@usdoj.gov

1380958.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a copy of the foregoing United States' Notice of Appearance and Substitution of Counsel was filed electronically this October 14, 2005.  Notice of this filing will be sent to all parties that have registered for electronic filing by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  Service was also made upon the following by depositing a copy in the United States mail, postage prepaid, on the following parties:

> State of Ohio Department of Taxation
> Tax Commissioner of Ohio
> 30 East Broad Street, 22nd Floor
> Columbus, Ohio 43215
>
> First Federal Savings & Loan, Assoc.
> 415 Center Street
> Ironton, Ohio 45638
>
> Buford F. Houck
> 1739 Kevin Street
> Ironton, Ohio 45638
>
> Betty Houck
> 1739 Kevin Street
> Ironton, Ohio 45638

> *s/Elizabeth Lan Davis*
> ELIZABETH LAN DAVIS
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 55
> Ben Franklin Station
> Washington, D.C.  20044
> Telephone: (202) 307-6550
> Facsimile: (202) 514-5238
> E-Mail: Elizabeth.Lan@usdoj.gov