CERTIFIED MAIL RETURN RECEIPT #: _7002 0510 0004 5174 1674_

OCTOBER 12, 2005
CASE #: 1:01 CV 541
TRACKING #: BFH10122005
ORIGINAL ORDER FILED 10-03-05

CLERK'S OFFICE OF THE
DISTRICT COURT OF THE UNITED STATES
C/O: THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS, OHIO   43215

I accept For Value and Return For Value your Original Documents,
Filed on October 03, 2005, and received on October 05, 2005, (Original
Copy Annexed).

Please give me an accounting (copy) of The Bonds in this case, that is
the Bid Bond, The Payment Bond and Performance Bond, also known as
Miller Bond, #: 272, 273 and 274, so I can Settle and Close this Account
Without Controversy.

Sincerely,

Buford Franklin Houck, S.P.C. Intervener
Buford Franklin Houck, S.P.C.
and Intervener
1739 Kevin Street
Ironton, Ohio   45638

Page 1 of 2

STATE OF OHIO                )
                            )ss:
COUNTY OF LAWRENCE          )

    I, _Angela R. Summers_____, a Notary Public for said County and State, do hereby certify that Buford Franklin Houck, personally appeared before me and signed the foregoing.  Witness my hand and seal this ___13th_____, day of _October_____, 2005.

_Angela R. Summers_____              _8-15-10_____
Notary Public                         My Commission Expires

## CERTIFICATE OF SERVICE

    On __10-12-05_____, I Buford Franklin Houck, S.P.C.

Intervener, included my letter dated October 12, 2005, and attachments identified as:

    Original Order Filed On October 3, 2005 and Received On October 5, 2005.

by mailing them by Certified Mail #: 7002 0510 0004 5174 1674 , Return Receipt Requested.

_Buford Franklin Houck, S.P.C. Intervener_
Buford Franklin Houck, S.P.C. Intervener

Seal

_Angela R. Summers_____              _8-15-10_____
Notary Public                         My Commission Expires

## Other Orders/Judgments
1:01-cv-00541-MHW-TSB USA v. Houck, et al

**U.S. District Court**

**Southern District of Ohio**

Notice of Electronic Filing

The following transaction was received from ba, entered on 10/3/2005 at 5:34 PM EDT and filed on 10/3/2005

**Case Name:**       USA v. Houck, et al
**Case Number:**    1:01-cv-541
**Filer:**
**Document Number:** 78

**Docket Text:**
ORDER ADOPTING REPORT AND RECOMMENDATION: [69 or 71] Motion for Summary Judgment filed by USA and [70] Motion for partial Summary Judgment filed by Buford F Houck; Doc. 70 is denied and Doc. 71 is granted; plaintiff is permitted to foreclose the federal tax liens on the Kevin Street Property; the property will be sold and the proceeds applied to Defendant Houck's tax liability. Signed by Judge Michael H. Watson on 9/3/2005 (ba, 1 )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=10/3/2005] [FileNumber=767152-0]
[8d8f4ac85d618f0c567824c49c391cbc1740ee5b22f59abf7f171698a53dcbc63aba
21ae0de2a3b36adb6b565b3efb832489f60ec229757523a2476716634969]]

**1:01-cv-541 Notice will be electronically mailed to:**

Alejandro L Bertoldo    alejandro.l.bertoldo@usdoj.gov, northern.taxcivil@usdoj.gov

Lara E Ewens    lara.ewens@usdoj.gov

Jan Martin Holtzman    jan.holtzman@usdoj.gov,
karen.kruetzkamp@usdoj.gov;maryjo.massie@usdoj.gov;civ.ecfohscin@usdoj.gov

**1:01-cv-541 Notice will be delivered by other means to:**

Ben Houck Estates
1739 Kevin Street
Ironton, OH 45638

William L Comer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

United States of America,

      Plaintiff(s),

      v.                          Case No.  1:01cv541

                                   (Judge Michael H. Watson)

Buford F. Houck, et al.,

      Defendant(s).

# ORDER

      This matter is before the Court on the Magistrate Judge's Report and Recommendation filed September 14, 2005 (Doc. 76).

      Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). Plaintiff filed Objections to the R&R which were non-responsive. (Doc. 77)[1]

      Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

      Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** Defendant Buford F. Houck's Motion for Partial Summary

---

[1]Plaintiff has filed a notarized statement that "This Matter Has Been Settled and Closed Without Controversy." Attached to the statement is the copy of the R&R, a "Registered Bill of Exchange" and Notice addressed to the Secretary of the Department of the Treasury and a Notice to the IRS.

Judgment (Doc. 70[2]) is denied; Plaintiff's Motion for Summary Judgment (Doc. 71) is granted entitling Plaintiff to foreclose the federal tax liens on the Kevin Street Property; Buford F. Houck is deemed the true owner of the Kevin Street Property; the property will be sold and the proceeds from the sale will be applied to Mr. Houck's tax liability.

Michael H. Watson
United States District Judge

bec        October 3, 2005

---

[2]The Court notes that Defendant Houck's Motion for Partial Summary Judgment (Doc. 70) is not a Motion, but was inadvertantly docketed as such due to the reference to a Motion for Partial Summary Judgment on the face of the document. Upon further review, the Court notes that this reference is referring to this Court's Order Adopting the Magistrate's R&R and granting Plaintiff's Motion for Partial Summary Judgment, a copy of which is attached to the document. Even if the Court were to somehow construe Document 70 as a Motion by Defendant, this Motion hereby is DENIED for the reasons stated by the Magistrate.