| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☑ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>_Ben Houck_ |
| 1. Article Addressed to:<br><br>Buford F Houck, -<br>c/o 1739 Kevin Street<br>Ironton, OH 45638 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)         ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0004 7504 3961 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540