UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

v.                                     Case No. 1:01cv541

Buford F. Houck, *et al*,           Judge Michael H. Watson

    Defendants.

## ORDER

Before the Court is Defendant Buford F. Houck's Response to the Court's Order adopting the October 5, 2004 Magistrate Judge's Report and Recommendation. (Doc. 80)

On October 3, 2005, this Court adopted the Magistrate Judge's Report and Recommendation and granted Plaintiff's Motion for Partial Summary Judgment. (Doc. 78) Defendant Houck has filed a notarized letter to the Clerk of Courts and attached a copy of this Court's Order. The Court finds that this document (Doc. 80) is non-responsive and shall be stricken from the docket.

                                                   */s/ Michael H. Watson*
                                                   Michael H. Watson
                                                   United States District Judge