**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )  | |
| )  | |
| Plaintiff,            )  | |
| v.            )  | |
| )  | CASE NO.  C-1-01-541 |
| BUFORD F. HOUCK, et al.,            )  | (Judge Michael H. Watson) |
| )  | |
| Defendants.            )  | |
| _____)  | |

<u>UNITED STATES OF AMERICA'S NOTICE TO THE CLERK</u>

Notice is hereby given that Attorney Lara E. Ewens, is no longer counsel within the Department of Justice, Tax Division.

Therefore we request that the U.S. Clerk of Courts, for the Southern District of Ohio, Western Division, remove Lara E. Ewens'  name from Electronic Notification in regards to Case No. 1:01CV541 <u>United States of America v. Buford F. Houck,et al,</u>.

        Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney


        s/Jan M. Holtzman
        JAN M. HOLTZMAN (0017949)
        Assistant United States Attorney
        221 East Fourth Street, Suite 400
        Cincinnati, Ohio 45202
        (513) 684-3711

**<u>CERTIFICATE OF SERVICE</u>**

IT IS HEREBY CERTIFIED that service of the foregoing **UNITED STATES OF AMERICA'S NOTICE TO THE CLERK** has this 15th of November, 2005, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

First Federal Saving & Loan Assoc..
415 Center Street
Ironton, Ohio 45638

Buford F. Houck
1739 Kevin Street
Ironton, Ohio 45638

Betty Houck
1739 Kevin Street
Ironton, Ohio 45638

          s/Jan M. Holtzman
          JAN M. HOLTZMAN
          Assistant U.S. Attorney

N:\_ECF Workload\JHoltzman\HouckNotice.wpd  2