MAILING BY:   **CERTIFICATE OF MAILING**



TO: Judge Michael H. Watson and
    Clerk James Bonini

Clerk's Office Of The
District Court of The United States
c/o: The United States District Court
Southern District of Ohio
Columbus, Ohio   43215

November 15, 2005

Case #: 1:01 CV 541

Tracking #: BFH11152005

Original Order Filed 10-03-05

Thank you for your correction of the Docket Text, for your Order received November 10, 2005 and noting it into the file.  (Original Copy Annexed).

Sincerely,

Buford Franklin Houck, SPC
and Intervener
c/o: 1739 Kevin Street
Ironton, Ohio   45638

Page 1 of 2

## NOTARY

Signed before me this __15th__ day of __November__,

2005, by Buford Franklin Houck, who is personally known to me or has produced

valid identification.

Seal

__[signature]__
Notary Public

DEBBIE PERRY
Notary Public, State of Ohio
My commission expires March 4, 2007

My Commission Expires  3-4-07

```
MIME-Version:1.0
From:cmecfhelpdesk@ohsd.uscourts.gov
To:ecf.notification@ohsd.uscourts.gov
Bcc:Northern.Taxcivil@usdoj.gov,dorothy_gass@ohsd.uscourts.gov,karen_waldrop@ohsd.us
Message-Id:<804376@ohsd.uscourts.gov>
Subject:Activity in Case 1:01-cv-00541-MHW-TSB USA v. Houck, et al "Notice of Correc
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from ba, entered on 11/9/2005 at 7:06 AM EST and filed on 11/9/2005

**Case Name:**      USA v. Houck, et al
**Case Number:**    1:01-cv-541
**Filer:**
**Document Number:**

**Docket Text:**   78
Notice of Correction re:[81] Order; incorrect version of the order was replaced with a corrected version; corrected version mailed to Dft Houck. (ba, )

The following document(s) are associated with this transaction:

**1:01-cv-541 Notice will be electronically mailed to:**

Elizabeth Lan Davis     elizabeth.lan@usdoj.gov, Northern.Taxcivil@usdoj.gov

Lara E Ewens     lara.ewens@usdoj.gov

Jan Martin Holtzman     jan.holtzman@usdoj.gov, karen.kruetzkamp@usdoj.gov; maryjo.massie@usdoj.gov; civ.ecfohscin@usdoj.gov

**1:01-cv-541 Notice will be delivered by other means to:**

Ben Houck Estates
1739 Kevin Street
Ironton, OH 45638

William L Comer
1739 Kevin Street
Ironton, OH 45638

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

United States of America,

    Plaintiff(s),

v.

                      Case No. 1:01cv541

                      (Judge Michael H. Watson)

Buford F. Houck, et al.,

    Defendant(s).

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed September 14, 2005 (Doc. 76).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). Defendant Buford Houck filed Objections to the R&R which were non-responsive. (Doc. 77)[1]

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Defendant Buford F. Houck's Motion for Partial Summary

---

[1] Defendant has filed a notarized statement that "This Matter Has Been Settled and Closed Without Controversy." Attached to the statement is the copy of the R&R, a "Registered Bill of Exchange" and Notice addressed to the Secretary of the Department of the Treasury and a Notice to the IRS.

Judgment (Doc. 70[2]) is denied; Plaintiff's Motion for Summary Judgment (Doc. 71) is granted entitling Plaintiff to foreclose the federal tax liens on the Kevin Street Property; Buford F. Houck is deemed the true owner of the Kevin Street Property; the property will be sold and the proceeds from the sale will be applied to Mr. Houck's tax liability.

bac   November 1, 2005

/s/ Michael H. Watson
Michael H. Watson
United States District Judge

---

[2]The Court notes that Defendant Houck's Motion for Partial Summary Judgment (Doc. 70) is not a Motion, but was inadvertantly docketed as such due to the reference to a Motion for Partial Summary Judgment on the face of the document. Upon further review, the Court notes that this reference is referring to this Court's Order Adopting the Magistrate's R&R and granting Plaintiff's Motion for Partial Summary Judgment, a copy of which is attached to the document. Even if the Court were to somehow construe Document 70 as a Motion by Defendant, this Motion hereby is DENIED for the reasons stated by the Magistrate Judge.

2