IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 1:01-cv-541 |
| BUFORD F. HOUCK, *et al.*, ) | |
| ) | Watson, J. |
| Defendants. ) | Black, M.J. |
| _____) | |

UNITED STATES' MOTION FOR ORDER OF SALE

Pursuant to the Court's Final Judgment entered on October 3, 2005, which granted judgment in favor of the United States foreclosing federal tax liens on the subject property, the United States moves for issuance of an Order of Sale of the subject property located at 1739 Kevin Street, Ironton, Ohio, which is more fully described as follows:

> Being Lot Number Twenty-Four (24) in a subdivision identified as Sedgwick Meadows, continuation of Green Valley Estates, as shown on the recorded plat thereof in Plat Book 5, pages 240 and 241 of the Plat Records of Lawrence County, Ohio.

A proposed Order of Sale is submitted herewith.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

JAN M. HOLTZMAN
Assistant U.S. Attorney

*s/Elizabeth Lan Davis*
ELIZABETH LAN DAVIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
Telephone: (202) 307-6550
Facsimile: (202) 514-5238
E-Mail: Elizabeth.Lan@usdoj.gov

1773762.11

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Motion for Order of Sale, and proposed Order of Sale has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 23rd day of June, 2006:

Ben Houck Estates
1739 Kevin Street
Ironton, Ohio 45638

William L. Comer
1739 Kevin Street
Ironton, Ohio 45638

Buford F. Houck
c/o 1739 Kevin Street
Ironton, Ohio 45638

OH Canada Trust
Post Office Box 789
Ironton, Ohio 45638

Kevin Jay Waldo
Waldo Law Office - 1
413 Center Street
Ironton, Ohio 45638

Barbara E. Houck
1738 Kevin Street
Ironton, Ohio 45638

Brent D. Houck
1738 Kevin Street
Ironton, Ohio 45638

Liberty Trust
Post Office Box 789
Ironton, Ohio 45638

Brenda C. Shively
1739 Kevin Street
Ironton, Ohio 45638

*s/Elizabeth Lan Davis*
ELIZABETH LAN DAVIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
Telephone: (202) 307-6550
Facsimile: (202) 514-5238
E-Mail: Elizabeth.Lan@usdoj.gov