JAMES BONINI
CLERK

06 JUL -3 PM 1:26

01-541

OH Canada Trust
P.O. Box 789
Ironton, OH 45638

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

## ORDER OF TRANSFER

The attached list of cases are hereby being transferred from the docket of the

Honorable Michael H. Watson to the docket of the Honorable Michael R. Barrett.

**IT IS SO ORDERED.**

Michael H. Watson, Judge
United States District Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | | |
|---|---|---|---|
| 1:98cv867 | 1:04cv773 | 1:05cv429 | 1:05cv738 |
| 1:99cv438 | 1:04cv797 | 1:05cv440 | 1:05cv739 |
| 1:00cv722 | 1:04cv824 | 1:05cv441 | 1:05cv743 |
| 1:01cv541 | 1:04cv826 | 1:05cv443 | 1:05cv747 |
| 1:01cv641 | 1:04cv848 | 1:05cv446 | 1:05cv756 |
| 1:01cv648 | 1:05cv020 | 1:05cv451 | 1:05cv762 |
| 1:01cv901 | 1:05cv034 | 1:05cv452 | 1:05cv764 |
| 1:02cv311 | 1:05cv058 | 1:05cv474 | 1:05cv766 |
| 1:03cv326 | 1:05cv068 | 1:05cv481 | 1:05cv770 |
| 1:02cv357 | 1:05cv075 | 1:05cv493 | 1:05cv788 |
| 1:02cv378 | 1:05cv076 | 1:05cv501 | 1:05cv789 |
| 1:02cv663 | 1:05cv115 | 1:05cv507 | 1:05cv794 |
| 1:02cv714 | 1:05cv118 | 1:05cv519 | 1:05cv795 |
| 1:02cv751 | 1:05cv121 | 1:05cv547 | 1:05cv804 |
| 1:03cv096 | 1:05cv124 | 1:05cv542 | 1:05cv808 |
| 1:03cv117 | 1:05cv142 | 1:05cv553 | 1:05cv813 |
| 1:03cv118 | 1:05cv146 | 1:05cv557 | 1:06cv001 |
| 1:03cv119 | 1:05cv162 | 1:05cv563 | 1:06cv006 |
| 1:03cv171 | 1:05cv169 | 1:05cv573 | 1:06cv014 |
| 1:03cv276 | 1:05cv173 | 1:05cv579 | 1:06cv017 |
| 1:03cv447 | 1:05cv179 | 1:05cv580 | 1:06cv022 |
| 1:03cv662 | 1:05cv193 | 1:05cv583 | 1:06cv026 |
| 1:03cv731 | 1:05cv206 | 1:05cv587 | 1:06cv041 |
| 1:03cv754 | 1:05cv213 | 1:05cv593 | 1:06cv045 |
| 1:03cv856 | 1:05cv214 | 1:05cv599 | 1:06cv063 |
| 1:03cv925 | 1:05cv223 | 1:05cv606 | 1:06cv065 |
| 1:04cv084 | 1:05cv254 | 1:05cv607 | 1:06cv074 |
| 1:04cv227 | 1:05cv268 | 1:05cv614 | 1:06cv077 |
| 1:04cv235 | 1:05cv271 | 1:05cv625 | 1:06cv079 |
| 1:04cv268 | 1:05cv297 | 1:05cv654 | 1:06cv080 |
| 1:04cv403 | 1:05cv299 | 1:05cv662 | 1:06cv081 |
| 1:04cv458 | 1:05cv308 | 1:05cv672 | 1:06cv082 |
| 1:04cv484 | 1:05cv314 | 1:05cv679 | 1:06cv092 |
| 1:04cv634 | 1:05cv321 | 1:05cv681 | 1:06cv096 |
| 1:04cv686 | 1:05cv323 | 1:05cv698 | 1:06cv103 |
| 1:04cv694 | 1:05cv326 | 1:05cv708 | 1:06cv105 |
| 1:04cv716 | 1:05cv332 | 1:05cv712 | 1:06cv016 |
| 1:04cv720 | 1:05cv362 | 1:05cv713 | 1:06cv109 |
| 1:04cv740 | 1:05cv364 | 1:05cv721 | 1:06cv110 |
| 1:04cv756 | 1:05cv368 | 1:05cv723 | 1:06cv112 |
| 1:04cv768 | 1:05cv392 | 1:05cv730 | 1:06cv115 |
| 1:04cv772 | 1:05cv412 | 1:05cv731 | 1:06cv121 |

| | | |
|---|---|---|
| 1:06cv130 | 1:06cv320 | Misc |
| 1:06cv133 | 1:06cv325 | |
| 1:06cv136 | 1:06cv343 | 1:06mc001 |
| 1:06cv142 | 1:06cv347 | 1:06mc010 |
| 1:06cv144 | 1:06cv350 | 1:06mc013 |
| 1:06cv155 | 1:06cv357 | 1:06mc030 |
| 1:06cv156 | 1:06cv358 | 1:06mc033 |
| 1:06cv159 | 1:06cv361 | 1:06mc034 |
| 1:06cv167 | 1:06cv362 | 1:06mc036 |
| 1:06cv178 | 1:06cv365 | |
| 1:06cv183 | 1:06cv367 | |
| 1:06cv187 | 1:06cv371 | |
| 1:06cv190 | 1:06cv377 | |
| 1:06cv192 | 1:06cv382 | |
| 1:06cv194 | 1:06cv383 | |
| 1:06cv199 | 1:06cv384 | Post Judgment Motions |
| 1:06cv207 | 1:06cv389 | |
| 1:06cv208 | 1:06cv390 | 1:02cv351 |
| 1:06cv223 | 1:06cv394 | 1:05cv803 |
| 1:06cv229 | | |
| 1:06cv237 | | |
| 1:06cv240 | | |
| 1:06cv244 | | |
| 1:06cv248 | | |
| 1:06cv250 | | |
| 1:06cv264 | Appeals | |
| 1:06cv267 | | |
| 1:06cv268 | 1:04cv035 | |
| 1:06cv271 | 1:99cv543 | |
| 1:06cv272 | 1:03cv406 | |
| 1:06cv277 | 1:03cv495 | |
| 1:06cv280 | 1:02cv837 | |
| 1:06cv283 | 1:04cv063 | |
| 1:06cv286 | 1:05cv715 | |
| 1:06cv283 | 1:04cv433 | |
| 1:06cv286 | 1:02cv766 | |
| 1:06cv303 | 1:05cv438 | |
| 1:06cv304 | 1;05cv268 | |
| 1:06cv309 | 1:00cv961 | |
| 1:06cv311 | 1:06cv210 | |
| 1:06cv312 | | |
| 1:06cv313 | | |
| 1:06cv318 | | |
| 1:06cv319 | | |

CINCINNATI OH 452

26 JUN 2006 PM 3 L

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
100 EAST FIFTH STREET, ROOM 103
**CINCINNATI, OHIO 45202**

OFFICIAL BUSINESS

NIXIE    430    1    00 06/29/06

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 45202391128    *1615-13027-28-38