**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

FOR OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Post | |

Postmark Here

Sent To  Buford F Houck

Street, Apt.  c/o 1739 Kevin Street
or PO Box

City, State,  Ironton, OH 45638

PS Form 3800, April 2002        See Reverse for Instructions

7002 0860 0000 1409 4683
7002 0860 0000 1409 4683

*CERTIFIED MAIL*

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

7002 0860 0000 1409 4683