|  |  |  |
|---|---|---|
| United States of America, | ) | Case No. 1:01cv541 |
| Plaintiff, | ) | Report of Judicial Sale |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Buford F. Houck et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Pursuant to an Order of Sale entered August 24, 2006, and the Amended Order of Sale entered on March 07, 2007, the Internal Revenue Service Property Appraisal & Liquidation Specialist, Keith L. Thomas, conducted a Public Auction sale of real property against which the court ordered the foreclosure of the Federal Tax Lien. On behalf of the United States, plaintiff, the Property Appraisal and Liquidation Specialist, submits the following report and accounting of that sale. The total gross amount of the sale was **$67,500.00**

On May 09, 2007, the above real property was sold by public auction. A deposit of $10,000 was taken on that date with the balance due, on or before June 08, 2007. On June 08, 2006, I received the balance due.

The subject property at 1739 Kevin Street, Ironton, OH 45638 is more fully described as follows:

Being Lot Number Twenty-Four (24) in a subdivision identified as Sedgwick Meadows, continuation of Green Valley Estates, as shown on the recorded plat thereof in Plat Book 5, pages 240 and 241 of the Plat Records of Lawrence County, Ohio.

The above property was sold to **"Stella E. Estes"** as the highest bidder for **$ 67,500.00.**

1. Pursuant to the Order of Sale, the sale shall be subject to confirmation by this Court. On confirmation of the sale the PALS shall execute and deliver the deed of judicial sale conveying the Property to the purchaser.

2. Pursuant to the Order of Sale, the legal ads were published in Lawrence County; in the following editions of The Ironton Tribune daily newspaper:
April 15, 2007, April 22, 2007, April 29, 2007, and May 06 2007.
Two additional ads were run on April 29, 2007 and May 06, 2007; to market open house dates.

Additional ads were run in The Ashland Independent and The Harold Dispatch on May 06, 2007.

3. Pursuant to the Order of Sale, the proceeds from the sales shall be distributed in the following order:

Case No. 1:01cv541 - Schedule of payments.

Distribution (a-d).

a. First, to the United States for expenses paid to the *United States Treasury* {PALS}.

| Locksmith | $ 51.00 |
| --- | --- |
| Lawn care | 130.00 |
| Utilities | 1,327.73 |
| Legal Ads | 1,975.00 |
| Open House Advertising | 1,048.31 |
|  |  |
| Total expense | $ 4,532.04 |

Payment to be in the amount of **$ 4,532.04** paid to "*United States Treasury*".

b. Second, to "*Lawrence County Treasurer*" to satisfy current county taxes;
   Balance to 07/20/2007 **$ 999.34**
   Stephen D. Burcham, CPA
   Lawrence County Treasurer
   111 South 4th St.
   Ironton, OH 45638
   740-533-4305

c. Third, to the "*State of Ohio Liens Dept of Taxation*"
   Balance to 07/20/2007 **$ 19,005.00**
   Marcia J. Macon-Bruce, Esq.
   Chief, Collection Enforcement Section
   Ohio Attorney General Office
   150 E. Gay Street, Ste 2100
   Columbus, OH 43215
   614-466-4510

d. Forth, to the "*United States Treasury*", in the amount of **$ 42,963.62** on account of its federal tax liens; {this should exhaust the proceeds}.

4. A proposed Order Confirming Sale will be submitted to the Court separately from this Report.

I declare the foregoing to be true and correct subject to the penalty of perjury pursuant to 28 U.S. C. & 1746 (2).

Executed this 14th day of June 2007, in Louisville, KY

*Keith L Thomas*
Keith L. Thomas, 61-00901
IRS P.A.L.S.
P.O. Box 1054
Louisville, KY 40201
502-572-2284

Enclosures:   Remittance of $ 67,500.00

Affidavit for legal ads.

3