IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 1:01-cv-541 |
| BUFORD F. HOUCK, *et al.*, | ) | |
| | ) | Barrett, J. |
| Defendants. | ) | Black, M.J. |
| | ) | |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Motion for Confirmation of Sale, and proposed Order Confirming Sale has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 6th day of July, 2007:

Ben Houck Estates
1739 Kevin Street
Ironton, Ohio 45638

Barbara E. Houck
1738 Kevin Street
Ironton, Ohio 45638

Kevin Jay Waldo
Waldo Law Office - 1
413 Center Street
Ironton, Ohio 45638

William L. Comer
1739 Kevin Street
Ironton, Ohio 45638

Brent D. Houck
1738 Kevin Street
Ironton, Ohio 45638

Buford F. Houck
c/o 1739 Kevin Street
Ironton, Ohio 45638

Liberty Trust
Post Office Box 789
Ironton, Ohio 45638

OH Canada Trust
Post Office Box 789
Ironton, Ohio 45638

Brenda C. Shively
1739 Kevin Street
Ironton, Ohio 45638

*s/Elizabeth Lan Davis*
ELIZABETH LAN DAVIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
Telephone: (202) 307-6550
Facsimile: (202) 514-5238
E-Mail: Elizabeth.Lan@usdoj.gov

2598513.11