IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>) <br>BUFORD F. HOUCK, *et al.*, )<br>)<br>Defendants. )<br>_____) | Case No. 1:01-cv-541<br><br>Barrett, J.<br>Black, M.J. |

### ORDER CONFIRMING SALE

The United States having requested an order confirming the judicial sale of the real property located at 1739 Kevin Street, Ironton, Ohio, for the sum of $67,500.00, and good cause having been found,

IT IS THEREFORE ORDERED THAT the sale of the real property commonly known as 1739 Kevin Street, Ironton, Ohio, whose legal description is:

> Being Lot Number Twenty-Four (24) in a subdivision identified as Sedgwick Meadows, continuation of Green Valley Estates, as shown on the recorded plat thereof in Plat Book 5, pages 240 and 241 of the Plat Records of Lawrence County, Ohio.

to Stella E. Estes, for the sum of $67,500.00, is hereby confirmed, and within thirty days of this order, the IRS Property, Appraisals and Liquidation Specialist ("IRS PALS") is authorized and directed to issue a Quit Claim Deed for that property in the form attached hereto. The proceeds of the sale shall be distributed pursuant to a future order of this Court.

**IT IS SO ORDERED.**
**Date:**

                                                  *s/ Michael R. Barrett*
                                                  HON. MICHAEL R. BARRETT
                                                  United States District Judge