OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
100 EAST FIFTH STREET, ROOM 103
**CINCINNATI, OHIO 45202**

OFFICIAL BUSINESS

Liberty Trust & Ohio Canada Trust
P.O. Box 789
Ironton, OH 45638

NIXIE            430   DE 1       00   07/13/07
        RETURN TO SENDER
        VACANT
        UNABLE TO FORWARD

BC: 45202397699       *1615-12401-09-35



Hasler
$00.410

RECEIV

JUL 1 6 20

JAMES BONINI, C
CINCINNATI, OHIO

Liberty Trust & Ohio Canada Trust
P.O. Box 789
Ironton, OH 45638

**Orders on Motions**
1:01-cv-00541-MRB-TSB USA v. Houck, et al

## U.S. District Court

### Southern District of Ohio

**Notice of Electronic Filing**

The following transaction was entered on 7/9/2007 at 10:36 AM EDT and filed on 7/9/2007
**Case Name:**        USA v. Houck, et al
**Case Number:**      1:01-cv-541
**Filer:**
**Document Number:** 100

**Docket Text:**
ORDER granting [98] Motion for Order to to Confirm Sale. Signed by Judge Michael R. Barrett on 7/9/2007. (ba, )


**1:01-cv-541 Notice has been electronically mailed to:**
Jan Martin Holtzman  jan.holtzman@usdoj.gov, USAOHS.ECFCinCiv@usdoj.gov, charlotte.cullina@usdoj.gov, karen.kruetzkamp@usdoj.gov
Alejandro L Bertoldo (Terminated)  alejandro.l.bertoldo@usdoj.gov, northern.taxcivil@usdoj.gov
Elizabeth Lan Davis  elizabeth.lan@usdoj.gov, Northern.Taxcivil@usdoj.gov
Lara E Ewens (Terminated)  lara.ewens@usdoj.gov

**1:01-cv-541 Notice has been delivered by other means to:**

Ben Houck Estates
1739 Kevin Street
Ironton, OH 45638

William L Comer
1739 Kevin Street
Ironton, OH 45638

Barbara E Houck
1739 Kevin Street
Ironton, OH 45638

Brent D Houck
1739 Kevin Street
Ironton, OH 45638

Buford F Houck
c/o 1739 Kevin Street



Ironton, OH 45638

Liberty Trust
P.O. Box 789
Ironton, OH 45638

OH Canada Trust
P.O. Box 789
Ironton, OH 45638

Brenda C Shively
1739 Kevin Street
Ironton, OH 45638

Kevin Jay Waldo
Waldo Law Office - 1
413 Center Street
Ironton, OH 45638

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=7/9/2007] [FileNumber=1449011-0]
[40c2e2172ec4af6cc4983311048cac69a2d3d22cde2030ffcdc0d48ac256e526c137
801caddd1bb6e6856d5eb38723bb3c475152e41c0dfc8fe049cb38f173a1]]

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 1:01-cv-541 |
| BUFORD F. HOUCK, et al., ) | |
| ) | Barrett, J. |
| Defendants. ) | Black, M.J. |
| ) | |

### ORDER CONFIRMING SALE

The United States having requested an order confirming the judicial sale of the real property located at 1739 Kevin Street, Ironton, Ohio, for the sum of $67,500.00, and good cause having been found,

IT IS THEREFORE ORDERED THAT the sale of the real property commonly known as 1739 Kevin Street, Ironton, Ohio, whose legal description is:

> Being Lot Number Twenty-Four (24) in a subdivision identified as Sedgwick Meadows, continuation of Green Valley Estates, as shown on the recorded plat thereof in Plat Book 5, pages 240 and 241 of the Plat Records of Lawrence County, Ohio.

to Stella E. Estes, for the sum of $67,500.00, is hereby confirmed, and within thirty days of this order, the IRS Property, Appraisals and Liquidation Specialist ("IRS PALS") is authorized and directed to issue a Quit Claim Deed for that property in the form attached hereto. The proceeds of the sale shall be distributed pursuant to a future order of this Court.

**IT IS SO ORDERED.**
**Date:**                                                  *s/ Michael R. Barrett*
                                                           HON. MICHAEL R. BARRETT
                                                           United States District Judge

587.1