IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 1:01-cv-541 |
| BUFORD F. HOUCK, *et al.*, | ) | |
| | ) | Barrett, J. |
| Defendants. | ) | Black, M.J. |
| _____ | ) | |

**ORDER DISTRIBUTING PROCEEDS OF JUDICIAL SALE**

The United States, having requested an order distributing the proceeds of the judicial sale of the real property located at 1739 Kevin Street, Ironton, Ohio 45638 ("subject property") (Doc. 102), and good cause having been found,

IT IS THEREFORE ORDERED THAT the proceeds of the subject property should be distributed as follows:

1. The sum of $4,532.04, should be distributed to the United States, payable to the "United States Department of Treasury" for advertising, utilities, lawn care and a locksmith;

2. The sum of $999.34, should be distributed to the Lawrence County Treasurer, for unpaid real estate taxes;

3. The sum of $19,005.00, should be distributed to the State of Ohio Department of Taxation for the state income tax liens of the State of Ohio Department of Taxation against the defendant Buford F. Houck which were recorded on February 23, 1988, February 8, 1991, and June 15, 1994 with the Lawrence County Court of Common Pleas; and

    4.       The remaining sale proceeds should be distributed to the United States, payable to the United States Department of Treasury, for application to the unpaid income tax liabilities of Buford Houck.

    5.       This matter shall be CLOSED and terminated from the docket of this Court.

**IT IS SO ORDERED.**

                                          */s/ Michael R. Barrett*
                                          HON. MICHAEL R. BARRETT
                                          United States District Judge