# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,

    Plaintiff,

    v.                                                                 Case No. 1:01cv541

Buford F. Houck, et al.,                                   Judge Michael R. Barrett

    Defendants.

## JUDGMENT IN A CIVIL CASE

[ ]  **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]  **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Plaintiff's Motion to Distribute Proceeds from a Judicial Sale is granted. This action is closed.

Date: July 23, 2007                                  James Bonini, Clerk
                                                                                  Clerk


                                                By:     S/Barbara A. Crum
                                                Deputy Clerk