Liberty Trust
P.O. Box 789
Ironton, OH 45638

# Orders on Motions

1:01-cv-00541-MRB-TSB USA v. Houck, et al

## U.S. District Court

### Southern District of Ohio

## Notice of Electronic Filing

The following transaction was entered on 7/23/2007 at 2:28 PM EDT and filed on 7/23/2007
**Case Name:**        USA v. Houck, et al
**Case Number:**      1:01-cv-541
**Filer:**
**Document Number:** 103

**Docket Text:**
ORDER granting [102] Motion for Order to Distribute Proceeds of Judicial Sale. Signed by Judge Michael R. Barrett on 7/23/2007. (ba, )


**1:01-cv-541 Notice has been electronically mailed to:**
Jan Martin Holtzman  jan.holtzman@usdoj.gov, USAOHS.ECFCinCiv@usdoj.gov, charlotte.cullina@usdoj.gov, karen.kructzkamp@usdoj.gov
Alejandro L Bertoldo (Terminated)  alejandro.l.bertoldo@usdoj.gov, northern.taxcivil@usdoj.gov
Elizabeth Lan Davis  elizabeth.lan@usdoj.gov, Northern.Taxcivil@usdoj.gov
Lara E Ewens (Terminated)  lara.ewens@usdoj.gov

**1:01-cv-541 Notice has been delivered by other means to:**

Ben Houck Estates
1739 Kevin Street
Ironton, OH 45638

William L Comer
1739 Kevin Street
Ironton, OH 45638

Barbara E Houck
1739 Kevin Street
Ironton, OH 45638

Brent D Houck
1739 Kevin Street
Ironton, OH 45638

Buford F Houck
c/o 1739 Kevin Street

## Other Orders/Judgments
1:01-cv-00541-MRB-TSB USA v. Houck, et al

# U.S. District Court

## Southern District of Ohio

### Notice of Electronic Filing

The following transaction was entered on 7/23/2007 at 2:32 PM EDT and filed on 7/23/2007
**Case Name:** USA v. Houck, et al
**Case Number:** 1:01-cv-541
**Filer:**
**WARNING: CASE CLOSED on 07/23/2007**
**Document Number:** 104

**Docket Text:**
CLERK'S JUDGMENT filed concurrently with an order of the Court signed by Judge Michael R. Barrett on 7/23/2007. (ba, )


**1:01-cv-541 Notice has been electronically mailed to:**
Jan Martin Holtzman   jan.holtzman@usdoj.gov, USAOHS.ECFCinCiv@usdoj.gov, charlotte.cullina@usdoj.gov, karen.kruetzkamp@usdoj.gov
Alejandro L Bertoldo (Terminated)   alejandro.l.bertoldo@usdoj.gov, northern.taxcivil@usdoj.gov
Elizabeth Lan Davis   elizabeth.lan@usdoj.gov, Northern.Taxcivil@usdoj.gov
Lara E Ewens (Terminated)   lara.ewens@usdoj.gov

**1:01-cv-541 Notice has been delivered by other means to:**

Ben Houck Estates
1739 Kevin Street
Ironton, OH 45638

William L Comer
1739 Kevin Street
Ironton, OH 45638

Barbara E Houck
1739 Kevin Street
Ironton, OH 45638

Brent D Houck
1739 Kevin Street
Ironton, OH 45638

Buford F Houck